**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____     Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Neutral Posture, Inc.** | |

2. **All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

74-2983577

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3904 N. Texas Avenue** <br> **Bryan, TX 77803** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Brazos** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.neutralposture.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Neutral Posture, Inc.**                                           Case number (*if known*) _____
         Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   3372

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

|          |            |        |           |             |              |
|----------|------------|--------|-----------|-------------|--------------|
| District | _____ | When   | _____ | Case number | _____ |
| District | _____ | When   | _____ | Case number | _____ |

Debtor  **Neutral Posture, Inc.**                                        Case number (*if known*) _____
　　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____          Relationship _____
District _____ When _____          Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor   **Neutral Posture, Inc.**                                    Case number (*if known*) _____
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **Neutral Posture, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November  1, 2021**
MM / DD / YYYY

**X** **/s/ Rebecca E. Boenigk**                              **Rebecca E. Boenigk**
Signature of authorized representative of debtor          Printed name

Title   **President and CEO**

**18. Signature of attorney**

**X** **/s/ Tom A. Howley**                              Date **November  1, 2021**
Signature of attorney for debtor                         MM / DD / YYYY

**Tom A. Howley**
Printed name

**Howley Law, PLLC**
Firm name
**Pennzoil Place - South Tower**
**711 Louisiana Street, Ste. 1850**
**Houston, TX 77002**
Number, Street, City, State & ZIP Code

Contact phone   **(713)333-9125**     Email address   **tom@howley-law.com**

**24010115 TX**
Bar number and State

# NeutralPosture

## **CERTIFIED RESOLUTION**

**WHEREAS**, Neutral Posture, Inc. (the "**Company**") has experienced recent significant financial and liquidity stresses, and, upon review and analysis of the present and expected future status, conditions, and prospects of the assets, liabilities, affairs, and opportunities of the Company, the ownership group (the "**Owner**"), has determined that the best interests of the Company and its creditors, equity security holders, and other constituencies would be best served, and the values of its assets and business operations would be best served and protected, by the filing of a voluntary petition under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") by the Company.

**NOW, THEREFORE,** the Owner hereby adopts and approves the following resolutions and takes the following actions:

**RESOLVED,** the Company, through its duly elected or appointed representatives, is authorized to execute and verify any and all documents necessary to complete the filing of a voluntary petition for relied under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**"), for and on behalf of the Company;

**FURTHER RESOLVED,** that the Company is authorized, empowered and directed to retain the law firm of Howley Law PLLC, as counsel to represent the Company in the Chapter 11 Case, subject to any requisite Bankruptcy Court approval.

**FURTHER RESOLVED,** that the company, through its duly elected or appointed representatives, is hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify the necessary and proper pleadings and documents with respect to the Chapter 11 Case;

**FURTHER RESOLVED,** that any and all past actions heretofore taken by the representatives or the Owner of the Company in the name and on behalf of the Company in furtherance of any of all of the preceding resolutions are, and the same hereby are, ratified, confirmed, and approved.

The resolution is hereby **APPROVED** this October __24__, 2021 by the undersigned Owner:

By: _Rebecca Boenigk_
Rebecca Boenigk
President & CEO
Neutral Posture, Inc.

**Fill in this information to identify the case:**

Debtor name __**Neutral Posture, Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**November  1, 2021**__       X **/s/ Rebecca E. Boenigk**
                                                    Signature of individual signing on behalf of debtor

                                                    **Rebecca E. Boenigk**
                                                    Printed name

                                                    **President and CEO**
                                                    Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name  **Neutral Posture, Inc.**

United States Bankruptcy Court for the:  **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **JPMorgan Chase Bank, N.A. 303 North Market Brenham, TX 77833** | **leticia.f.hernandez @jpmorgan.com** | **Yoder MDL. M2 11 Rollformer, consisting of but not limited to the following (3) Roll Mills (28-Heads Total), (5) Flywheel Crank Presses & Uncoiler, St** | | **$447,759.00** | **$65,000.00** | **$382,759.00** |
| **Ice Miller 250 West St., Ste. 700 Columbus, OH 43215** | | **Professional Services** | | | | **$188,117.40** |
| **KBM Office Equipment 250 Montgomery St., Ste. 1400 San Francisco, CA 94104** | | **Settlement Agreement** | | | | **$80,000.00** |
| **Knape & Vogt Manufacturing PO Box 74007580 Chicago, IL 60674-7580** | | **Trade debt** | | | | **$78,335.54** |
| **Northfield Metal Products L&P Financial Services c/o US Bank PO Box 952092 Saint Louis, MO 63195** | | **Trade debt** | | | | **$49,360.58** |
| **Panel Specialists, Inc. PO Box 968 Temple, TX 76503** | | **Trade debt** | | | | **$40,879.21** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                            Best Case Bankruptcy

| Debtor | **Neutral Posture, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Haynes and Boone, LLP** PO Box 841399 Dallas, TX 75284-1399 | | **Professional Services** | | | | **$37,294.65** |
| **Southwestern Foam Technology** PO Box 240 1106 Industrial Park Rd. Belton, TX 76513 | | **Trade debt** | | | | **$33,029.51** |
| **Chase Card Services** PO Box 94014 Palatine, IL 60094-4014 | | **Credit card purchases** | | | | **$31,667.88** |
| **Curtis Steel Company** PO Box 4346, Dept 574 Houston, TX 77210-4346 | | **Trade debt** | | | | **$30,869.78** |
| **Fine Line Production** 2221 Regal Pkwy. Euless, TX 76040 | | **Trade debt** | | | | **$30,453.89** |
| **Fiber Pad, Inc.** PO Box 690660 Tulsa, OK 74169-0660 | | **Trade debt** | | | | **$24,312.20** |
| **Ivars USA** 2803 S. Taylor Dr. Sheboygan, WI 53081 | | **Trade debt** | | | | **$23,066.97** |
| **Danhil Containers II, Ltd.** PO Box 2089 3715 Lucius McCelvey Dr. Temple, TX 76503 | | **Trade debt** | | | | **$21,274.20** |
| **Dahill** PO Box 10306 Des Moines, IA 50306 | | **Trade debt** | | | | **$21,274.20** |
| **Interface Teknit Inc.** PO Box 206435 Dallas, TX 75320-6435 | | **Trade debt** | | | | **$20,191.50** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Neutral Posture, Inc.**                          Case number *(if known)* _____
            Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Fed Ex Freight West, Inc. Dept CH PO Box 10306 Palatine, IL 60055-0306** | | **Trade debt** | | | | **$16,379.24** |
| **Christopher C. Rommel dba Capital Solutions 14701 Native Dancer Rd. North Patomac, MD 20878** | | **Commissions** | | | | **$16,327.45** |
| **General Pattern Co., Inc. 3075 84th Lane NE Blaine, MN 55449** | | **Trade debt** | | | | **$15,854.30** |
| **National Business Furniture, LLC 770 S. 70th St. Milwaukee, WI 53214** | | **Trade debt** | | | | **$14,290,91** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Neutral Posture, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................   $   **2,700,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................   $   **1,977,850.64**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................   $   **4,677,850.64**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $   **4,515,391.30**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $   **50,273.14**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................   +$   **1,325,557.28**

4.  Total liabilities ...............................................................................................................
   Lines 2 + 3a + 3b   $   **5,891,221.72**

## SCHEDULE A/B DISCLAIMER

The Debtor has used its best efforts to ascertain the value of assets. However, asset valuations are inherently imprecise and the Debtor reserves all rights relating to a final valuation of all assets.

**Fill in this information to identify the case:**

Debtor name  **Neutral Posture, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account / Last 4 digits of account number | |
| 3.1. | **Amarillo National Bank** | **Checking**        3044 | $335,136.15 |
| 3.2. | **Amarillo National Bank** | **Checking**        6327 | $0.00 |
| 3.3. | **Royal Bank of Canada** | **Checking Account**    9070 | $28,400.01 |
| 3.4. | **Royal Bank of Canada** | **Checking Account**    4516 | $9,912.24 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $373,448.40 |
|---|---|

**Part 2:     Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

Debtor   **Neutral Posture, Inc.**                                          Case number *(if known)*
Name

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Credit with DongGuan HIGI Furniture Co, Ltd.** | $19,123.98 |
| 8.2. | **Credit with Hunt Country Components, Ltd.** | $2,218.69 |
| 8.3. | **Credit with JIANGSU HIGH HOPE INTERNATIONAL GROUP SUNSHINE IMP** | $3,960.00 |
| 8.4. | **Credit with Laird Plastics, Inc.** | $91.55 |
| 8.5. | **Credit with Owens Corning Sales, LLC** | $2,972.50 |
| 8.6. | **Credit with Priority 1 Inc.** | $185.22 |
| 8.7. | **Credit with Encompas** | $145.00 |
| 8.8. | **Credit with Air Compressor Services** | $187.50 |
| 8.9. | **Credit with ArcBest** | $348.80 |
| 8.10. | **Credit with Davidson Plyforms Inc.** | $2,639.00 |
| 8.11. | **Prepayment to Texas Department of Transportation for warehouse lease** | $24,499.00 |

9.   **Total of Part 2.**                                                              $56,371.24
     Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.

Debtor  **Neutral Posture, Inc.**  Case number *(if known)* _____
Name

■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | |
|---|---|---|---|---|
| | 11a. 90 days old or less: | **993,391.00** - | **12,035.00** = .... | **$981,356.00** |
| | | face amount | doubtful or uncollectible accounts | |

| | 11b. Over 90 days old: | **24,621.86** - | **24,621.86** =.... | **$0.00** |
|---|---|---|---|---|
| | | face amount | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$981,356.00** |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Raw materials for manufacturing** | | **$2,390,445.00** | **Revenue based** | **$239,045.00** |

| 20. | **Work in progress** |
|---|---|

| 21. | **Finished goods, including goods held for resale** |
|---|---|

| 22. | **Other inventory or supplies** |
|---|---|

| 23. | **Total of Part 5.** | |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | **$239,045.00** |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor **Neutral Posture, Inc.**
Name

Case number *(If known)* _____

■ No.  Go to Part 7.
□ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

□ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office furniture including 17 desks, 200 chairs, 22 cubicles, 57 filing cabinets, 11 conference tables and 4 pieces of wood furniture** | $0.00 | Comparable sale | $13,425.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**2 Laptop computers and system upgrades** | $15,774.00 | Comparable sale | $500.00 |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| | | |
|---|---|---|
| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | $13,925.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
□ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
□ Yes

**Part 8:** **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

□ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2013 Cadillac Escalade**<br>**124,500 miles**<br>**VIN 1GYS3BEF3DR170650** | $0.00 | Comparable sale | $14,500.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Neutral Posture, Inc.**                                   Case number *(If known)* _____
Name

| | | | |
|---|---|---|---|
| 47.2. | **2011 Ford F150**<br>**210,500 miles**<br>**VIN 1FTFW1ET2BFA60959** | $0.00 | Comparable sale | $7,500.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**See attached Exhibit to Schedule A/B #50** — Unknown — Appraisal — $226,705.00

**Yoder MDL. M2 11 Rollformer, consisting of but not limited to the following (3) Roll Mills (28-Heads Total), (5) Flywheel Crank Presses & Uncoiler, Straightener & Cole Welder** — $0.00 — Appraisal — $65,000.00

51. **Total of Part 8.** | $313,705.00 |
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **3904 N. Texas Avenue, Bryan, TX 77803**<br><br>**Office and Manufacturing** | Fee simple | $0.00 | Appraisal | $2,700,000.00 |
| 55.2. **Warehouse located at 230 E. 15th St., Bryan, TX 77803** | **Leasehold Interest** | $0.00 | | $0.00 |

Debtor    **Neutral Posture, Inc.**                                    Case number *(If known)* _____
_____
Name

| | | | |
|---|---|---|---|
| 56. | **Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | | **$2,700,000.00** |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**See attached Exhibit to A/B #60** | **$8,844.00** | | **Unknown** |
| 61. | **Internet domain names and websites**<br>**bulletproofchair.com**<br>**ergo-blog.com**<br>**igoergo.ca**<br>**igoergo.com**<br>**neutralposture.ca**<br>**neutralposture.com**<br>**neutralposture.us**<br>**nphjv.com**<br>**rebeccaboenigk.com**<br>**http://www.np-us.com/** | **$0.00** | | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations**<br>**Customer mailing lists** | **$0.00** | | **Unknown** |
| 64. | **Other intangibles, or intellectual property**<br>**Equity product line** | **$591,250.00** | | **Unknown** |
| 65. | **Goodwill** | | | |

| | | | |
|---|---|---|---|
| 66. | **Total of Part 10.**<br>Add lines 60 through 65. Copy the total to line 89. | | **$0.00** |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Neutral Posture, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.** **Notes receivable** <br> Description (include name of obligor) | |
| **72.** **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |
| **73.** **Interests in insurance policies or annuities** <br> **Debtor is the beneficiary of a term life policy held by Rebecca Boenigk.  Debtor would receive $1,000,000 upon her death.  No cash value.** | **$0.00** |

| **74.** **Causes of action against third parties (whether or not a lawsuit has been filed)** <br> **Potential claims and causes of action against JPMorgan Chase Bank, N.A. for discrimination** | | **Unknown** |
|---|---|---|
| **Nature of claim** | **Unliquidated** | |
| **Amount requested** | **$0.00** | |

| **75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** <br> **Neutral Posture Inc. v Knoll, Inc.** <br> **Cause No. 170602337** <br> **Philadelphia County Court of Common Please, Civil Trial Division** <br> **Requested award of $3,000,000.00 plus punitive damaged** | | **Unknown** |
|---|---|---|
| **Nature of claim** | **Contingent** | |
| **Amount requested** | **$3,000,000.00** | |

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| **78.** **Total of Part 11.** <br> Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
|---|---|

Debtor   **Neutral Posture, Inc.**
Name

Case number *(If known)*

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor  **Neutral Posture, Inc.**                                                Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $373,448.40 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $56,371.24 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $981,356.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $239,045.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $13,925.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $313,705.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $2,700,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,977,850.64 | + 91b. $2,700,000.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92     $4,677,850.64

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Neutral Posture, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Brazos County Tax Assessor-Collector**<br>Creditor's Name<br><br>**4151 County Park Ct.**<br>**Bryan, TX 77802**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br><br>Describe the lien<br>**Property Tax** | $12,996.56 | $2,700,000.00 |

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2021**
**Last 4 digits of account number**
**9068**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Brazos County Tax Assessor-Collector**
**2. Brazos County Tax Assessor-Collector**
**3. JPMorgan Chase Bank, N.A.**
**4. T2W, LLC**
**5. T2W, LLC**
**6. T2W, LLC**
**7. JPMorgan Chase Bank, N.A.**

| **2.2** **Brazos County Tax Assessor-Collector**<br>Creditor's Name<br><br>**4151 County Park Ct.**<br>**Bryan, TX 77802**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**3904 N. Texas Avenue, Bryan, TX 77803**<br><br>Describe the lien<br>**Property Tax** | $5,787.23 | $2,687,003.44 |

**Is the creditor an insider or related party?**
☑ No

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor **Neutral Posture, Inc.**                                    Case number (if known) _____
_____
Name

_____
Creditor's email address, if known

**Date debt was incurred**
**2021**
**Last 4 digits of account number**
**9070**

| | |
|---|---|
| ☐ Yes | |
| **Is anyone else liable on this claim?** | |
| ☑ No | |
| ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check that all apply
☐ Contingent
☑ Unliquidated
☑ Disputed

---

**2.3 Brazos County Tax Assessor-Collector**
Creditor's Name

**4151 County Park Ct.**
**Bryan, TX 77802**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**2021**
**Last 4 digits of account number**
**8034**

**Describe debtor's property that is subject to a lien**         $55,606.73          $566,675.00
**Lien on all business personal property**

**Describe the lien**
**Property Tax**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Brazos County Tax Assessor-Collector**
**2. JPMorgan Chase Bank, N.A.**

**As of the petition filing date, the claim is:**
Check that all apply
☐ Contingent
☑ Unliquidated
☐ Disputed

---

**2.4 JPMorgan Chase Bank, N.A.**
Creditor's Name

**1111 Polaris Pkwy.**
**Columbus, OH 43240-2050**
Creditor's mailing address

**leticia.f.hernandez@jpmorgan.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8002**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**        $1,104,557.00        $4,173,640.48
**3904 N. Texas Avenue, Bryan, TX 77803 and Accounts Receivable, Inventory and Equipment**

**Describe the lien**
**First Mortgage and Non-Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check that all apply

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Neutral Posture, Inc.**                                    Case number (if known) _____
          Name

☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1 and
line 2.3**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **JPMorgan Chase Bank, N.A.** | | $1,461,761.11 | $2,227,895.48 |
|-----|------|------|------|------|

Creditor's Name

**303 North Market
Brenham, TX 77833**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2013**
**Last 4 digits of account number
8001**
**Do multiple creditors have an
interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on lines 2.1 and
2.3**

Describe debtor's property that is subject to a lien
**3904 N. Texas Avenue, Bryan, TX 77803 and
Accounts Receivable, Inventory and
Equipment**

Describe the lien
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **JPMorgan Chase Bank, N.A.** | | $447,759.00 | $65,000.00 |
|-----|------|------|------|------|

Creditor's Name

**303 North Market
Brenham, TX 77833**
Creditor's mailing address

**leticia.f.hernandez@jpmorg
an.com**
Creditor's email address, if known

**Date debt was incurred
2015**
**Last 4 digits of account number
8014**
**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Yoder MDL. M2 11 Rollformer, consisting of
but not limited to the following (3) Roll Mills
(26-Heads Total), Flywheel Crank Press, (2)
Hydraulic Presses, Coil Welder, Uncoiler,
Straightener, Chiller, (2) Hydraulic Pumps,
Notching Stations,**

Describe the lien
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **JPMorgan Chase Bank, N.A.** | | $85,735.67 | $766,134.37 |
|-----|------|------|------|------|

Creditor's Name

**303 North Market
Brenham, TX 77833**

Describe debtor's property that is subject to a lien
**Accounts Receivable, Inventory and
Equipment**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 6

Debtor    **Neutral Posture, Inc.**                                          Case number (if known) _____
_____
Name

Creditor's mailing address                              **Describe the lien**
                                                        **Non-Purchase Money Security**
**leticia.f.hernandez@jpmorg**                          _____
**an.com**                                              **Is the creditor an insider or related party?**
Creditor's email address, if known                      ☑ No
                                                        ☐ Yes
**Date debt was incurred**                              **Is anyone else liable on this claim?**
**2015**
**Last 4 digits of account number**                     ☐ No
**8015**                                                ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Do multiple creditors have an**
**interest in the same property?**                      **As of the petition filing date, the claim is:**
                                                        Check all that apply
☐ No                                                    ☐ Contingent
☑ Yes. Specify each creditor,                           ☐ Unliquidated
including this creditor and its relative                ☐ Disputed
priority.

---

| 2.8 | **T2W, LLC** | Describe debtor's property that is subject to a lien | $183,914.00 | $1,576,659.21 |

Creditor's Name                                         **3904 N. Texas Avenue, Bryan, TX 77803**

**802 Paint Brush**                                     **Office and Manufacturing**
**Temple, TX 76502**                                    _____
Creditor's mailing address                              **Describe the lien**
                                                        **Third Mortgage**
                                                        _____
                                                        **Is the creditor an insider or related party?**
Creditor's email address, if known                      ☑ No
                                                        ☐ Yes
**Date debt was incurred**                              **Is anyone else liable on this claim?**
**9/21/2018**
**Last 4 digits of account number**                     ☐ No
**0001**                                                ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Do multiple creditors have an**
**interest in the same property?**                      **As of the petition filing date, the claim is:**
                                                        Check all that apply
☐ No                                                    ☐ Contingent
☑ Yes. Specify each creditor,                           ☐ Unliquidated
including this creditor and its relative                ☐ Disputed
priority.
**Specified on line 2.1**

---

| 2.9 | **T2W, LLC** | Describe debtor's property that is subject to a lien | $234,472.00 | $1,392,745.21 |

Creditor's Name                                         **3904 N. Texas Avenue, Bryan, TX 77803**

**802 Paint Brush**                                     **Office and Manufacturing**
**Temple, TX 76502**                                    _____
Creditor's mailing address                              **Describe the lien**
                                                        **Second Mortgage**
                                                        **Is the creditor an insider or related party?**
Creditor's email address, if known                      ☑ No
                                                        ☐ Yes
**Date debt was incurred**                              **Is anyone else liable on this claim?**
**2/28/2017**
**Last 4 digits of account number**                     ☐ No
**0002**                                                ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Do multiple creditors have an**
**interest in the same property?**                      **As of the petition filing date, the claim is:**
                                                        Check all that apply
☐ No                                                    ☐ Contingent
☑ Yes. Specify each creditor,                           ☐ Unliquidated
including this creditor and its relative                ☐ Disputed
priority.
**Specified on line 2.1**

---

Debtor   **Neutral Posture, Inc.**                                  Case number (if known) _____
Name

| 2.10 | **T2W, LLC** | Describe debtor's property that is subject to a lien | $422,802.00 | $1,158,273.21 |

Creditor's Name

**3904 N. Texas Avenue, Bryan, TX 77803**

**802 Paint Brush**
**Temple, TX 76502**

**Office and Manufacturing**

Creditor's mailing address

Describe the lien
**Fourth Mortgage**

Is the creditor an insider or related party?

Creditor's email address, if known

[✔] No
[ ] Yes

Is anyone else liable on this claim?

Date debt was incurred
**2/27/2019**

[ ] No
[✔] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number
**0003**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

[ ] No
[✔] Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

| 2.11 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $500,000.00 | $680,398.70 |

Creditor's Name

**All tangible and intangible personal property**

**10737 Gateway West, #300**
**El Paso, TX 79935**

Creditor's mailing address

Describe the lien
**Statutory Lien**

Is the creditor an insider or related party?

Creditor's email address, if known

[✔] No
[ ] Yes

Is anyone else liable on this claim?

Date debt was incurred

[✔] No
[ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

[✔] No
[ ] Yes. Specify each creditor,
including this creditor and its relative
priority.

[✔] Contingent
[ ] Unliquidated
[ ] Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$4,515,391.30**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Baird, Crew, Schiller & Whitaker, P.C.**<br>**Attn: Thomas Baird**<br>**15 N. Main St.**<br>**Temple, TX 76501** | Line  **2.8** | |

---

Debtor  **Neutral Posture, Inc.**                                    Case number (*if known*)  _____
        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
        Name

| | |
|---|---|
| **Baird, Crew, Schiller & Whitaker, P.C.**<br>**Attn: Thomas Baird**<br>**15 N. Main St.**<br>**Temple, TX 76501** | Line  __2.9__ |
| **Baird, Crew, Schiller & Whitaker, P.C.**<br>**Attn: Thomas Baird**<br>**15 N. Main St.**<br>**Temple, TX 76501** | Line  __2.10__ |
| **Quilling, Selander, Lownds, Winslett**<br>**& Moser, P.C.**<br>**Attn: Gregory M. Sudbury**<br>**2001 Bryan St., Ste. 1800**<br>**Dallas, TX 75201** | Line  __2.4__ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Neutral Posture, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,309.23** | **$2,309.23** |
| --- | --- | --- | --- |
| **Akers Business Solutions**<br>**Attn: Darlene Akers**<br>**2406 Peppermill Dr., Ste. J**<br>**Glen Burnie, MD 21061** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred<br>**9/2021 & 10/2021** | Basis for the claim:<br>**Commissions** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| --- | --- | --- | --- |
| **Alabama Department of Finance**<br>**Div of Accounting &**<br>**Administration**<br>**PO Box 300658**<br>**Montgomery, AL 36130** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Neutral Posture, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Arizona Department of Revenue**
**PO Box 29010**
**Phoenix, AZ 85038-9010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Notice Only** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,399.13 | $1,399.13 |

**Baldwin Contract LLC**
**PO Box 41**
**North Falmouth, MA 02556**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred
**9/2021 & 10/2021** | Basis for the claim:
**Commission** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,536.93 | $11,536.93 |

**Brent Baker and Associates, Inc.**
**4515 Green Forest Pass**
**Houston, TX 77084**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred
**9/2021 & 10/2021** | Basis for the claim:
**Commissions** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**California Department of Tax and**
**Fee**
**Administration**
**PO Box 942879**
**Sacramento, CA 94279**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Notice Only** |

Last 4 digits of account number **9525**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Neutral Posture, Inc.**
_____     Case number (if known) _____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-----|----|----|----|----|

**California State Board of Equalization**
**PO Box 942879**
**Sacramento, CA 94279-8063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,327.45 | $13,500.00 |
|-----|----|----|----|----|

**Christopher C. Rommel dba Capital**
**Solutions**
**14701 Native Dancer Rd.**
**North Patomac, MD 20878**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/2021 and 10/2021**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-----|----|----|----|----|

**Commonwealth of Massachusetts**
**305 South St.**
**Jamaica Plain, MA 02130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,342.79 | $2,342.79 |
|------|----|----|----|----|

**Contract Furniture Associates, LLC**
**18042 W. Purdue Ave.**
**Waddell, AZ 85355**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/2021 & 10/2021**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

Debtor **Neutral Posture, Inc.** _____  Case number (if known) _____

Name

| 2.11 | Priority creditor's name and mailing address<br>**Contract Furniture Professionals**<br>**c/o Wanda Mardis**<br>**377 Mardis Ln.**<br>**Springville, AL 35146** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,341.40** | **$4,341.40** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**9/2021 & 10/2021** | Basis for the claim:<br>**Commissions** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address<br>**Department of Admin Services**<br>**Finance & Admin Division**<br>**200 Piedmont Ave, S.E., Ste. 1820**<br>**West Tower**<br>**Atlanta, GA 30334-9010** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address<br>**Department of General Services**<br>**Procurement Division - CMAS Unit**<br>**Attn: Quarterly Report Processing**<br>**PO Box 989052, MS # 202**<br>**West Sacramento, CA 95798-9052** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address<br>**ER-GO, Inc.**<br>**PMB 296, 1353 Rd. 19**<br>**Guaynabo, PR 00966** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$370.09** | **$370.09** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**9/2021 & 10/2021** | Basis for the claim:<br>**Commissions** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Neutral Posture, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $58.82 | $58.82 |
|---|---|---|---|---|
| | **Frank Sirch dba FJS Associate**<br>**18 Chadwick Dr.**<br>**Voorhees, NJ 08043** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**9/2021** | Basis for the claim:<br>**Commissions** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $784.88 | $784.88 |
|---|---|---|---|---|
| | **Griffith Contract Group, LLC**<br>**4110 W. 89th St.**<br>**Prairie Village, KS 66207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Commissions** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4.99 | $4.99 |
|---|---|---|---|---|
| | **Jennifer Shoemaker Interiors, Inc.**<br>**dba**<br>**Interior Prooduct Collective**<br>**21524 Pinehurst Ave.**<br>**Elkhorn, NE 68022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**9/2021** | Basis for the claim:<br>**Commissions** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Neutral Posture, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Louisiana Department of Revenue**<br>**PO Box 201**<br>**Baton Rouge, LA 70821** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number **6001**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,240.67 | $1,240.67 |
|---|---|---|---|---|
| | **M Ketcham Assoc**<br>**1369 Spruce Dr., #2101**<br>**Minneapolis, MN 55403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**9/2021 & 10/2021** | Basis for the claim:<br>**Commissions** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $445.21 | $445.21 |
|---|---|---|---|---|
| | **MC Associes**<br>**206 Rue des Melezes**<br>**Gatineau, QC J9J 1V5**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**9/2021 & 10/2021** | Basis for the claim:<br>**Commissions** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Medicare Premium Collection**<br>**Center**<br>**PO Box 790355**<br>**Saint Louis, MO 63179-0355** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Neutral Posture, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**2.23**

Priority creditor's name and mailing address

**Michael Wallace Morgan dba Morgan Assoc**
**17 Riviera Dr.**
**Hattiesburg, MS 39402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$47.85     $47.85

Date or dates debt was incurred
**9/2021**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.24**

Priority creditor's name and mailing address

**MRG Carolinas Inc.**
**854 Shore View Dr.**
**Columbia, SC 29212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$562.23     $562.23

Date or dates debt was incurred
**9/2021 & 10/2021**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.25**

Priority creditor's name and mailing address

**My Florida Market Place**
**PO Box 5497**
**Tallahassee, FL 32314**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.26**

Priority creditor's name and mailing address

**North Carolina Department of Revenue**
**PO Box 25000**
**Raleigh, NC 27640-0700**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Neutral Posture, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.27** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Receiver General**
**Canada Revenue Agency Tax**
**Center**
**Summerside, PE C1N 6A2**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.28** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,158.03 | $2,158.03

**Sculptural Spaces Inc.**
**26491 Marsala Way**
**Mission Viejo, CA 92692**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/2021 & 10/2021**

Basis for the claim:
**Commissions**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.29** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,044.45 | $4,044.45

**Skaar Furniture Associates**
**dba Knak Group**
**PO Box 411737**
**San Francisco, CA 94141-1737**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/2021 & 10/2021**

Basis for the claim:
**Commission**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.30** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**State of Alabama, Revenue**
**Department**
**PO Box 327790**
**Montgomery, AL 36132-7790**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Neutral Posture, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **State Purchasing Bureau**<br>**c/o Central Finance, Admin.**<br>**Services**<br>**1526 K St., Ste. 190**<br>**Lincoln, NE 68508** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Texas Comptroller of Public**<br>**Accounts**<br>**Revenue Accounting Div- BK**<br>**Section**<br>**P.O. Box 12548, MC-008**<br>**Austin, TX 78711** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number **5774** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Texas Workforce Commission**<br>**PO Box 12548, MC-008**<br>**Austin, TX 78711-2548** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,298.99 | $2,298.99 |
|---|---|---|---|---|
| | **Ulett & Associates, Inc.**<br>**1480 Potawatomi Rd.**<br>**Grayslake, IL 60030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**9/2021 & 10/2021** | Basis for the claim:<br>**Commission** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Neutral Posture, Inc.**
_____   Case number (if known) _____
Name

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

Priority creditor's name and mailing address
**Washington State Dept of Revenue**
**PO Box 34054**
**Seattle, WA 98124**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$3,989.84** |

Nonpriority creditor's name and mailing address
**1 Resource Inc.**
**PO Box 1076 Vedder Crossing PO**
**Chilliwack, ON BC V2R0L3**
**CANADA**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2021**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$4,452.90** |

Nonpriority creditor's name and mailing address
**Alenco Holding Corporation dba**
**Ply Gem Industries**
**PO Box 203368**
**Dallas, TX 75320**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2021**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$381.00** |

Nonpriority creditor's name and mailing address
**All Integrated Solutions Great Lakes**
**Fasteners**
**5075 Claw Ave SW, Ste. A**
**Grand Rapids, MI 49548**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2021**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$508.88** |

Nonpriority creditor's name and mailing address
**All-Pro Fasteners, Inc.**
**PO Box 972404**
**Dallas, TX 75397-2404**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2021 & 10/2021**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$2,461.70** |

Nonpriority creditor's name and mailing address
**Amino Transport, Inc.**
**PO Box 54220**
**Hurst, TX 76054**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2021 & 10/2021**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Neutral Posture, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**AT&T Mobility**
**PO Box 6463**
**Carol Stream, IL 60197-6463**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Atmos Energy**
**PO Box 740353**
**Cincinnati, OH 45274-0353**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bay Bridge Administrators**
**1101 S Capital of Texas Hwy., Ste. E-200**
**Austin, TX 78746**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Insurance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,618.55** |
|---|---|---|---|

**Bernardo Metal Products**
**170 Capital Court**
**Mississauga, ON L5T 2R8**
**CANADA**

Date(s) debt was incurred  __9/2021__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$77.60** |
|---|---|---|---|

**Biscom, Inc.**
**10 Technology Park Dr.**
**Westford, MA 01886**

Date(s) debt was incurred  __9/2021 & 10/2021__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,873.53** |
|---|---|---|---|

**Brado SPA**
**Vis Cal di Mezzo 3**
**31049 Valdobbladene TV**
**ITALY**

Date(s) debt was incurred  __7/2021__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6.50** |
|---|---|---|---|

**Brazos Valley Welding Supply**
**1540 Harvey MMitchell Pkwy.**
**Bryan, TX 77803**

Date(s) debt was incurred  __9/2021__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Neutral Posture, Inc.**

Name

Case number (if known) _____

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bryan Utilities**
PO Box 8000
Bryan, TX 77805-8000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$105.00** |
|---|---|---|---|

**Capitol City Upholstry Supply**
3911 Woodbury Dr.
Austin, TX 78704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/2021__

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$713.22** |
|---|---|---|---|

**Carpin Manufacturing, Inc.**
PO Box 471
Waterbury, CT 06720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __9/2021__

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CenturyLink**
**Business Services**
PO Box 52187
Phoenix, AZ 85072-2187

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,122.30** |
|---|---|---|---|

**CF Stinson Inc.**
PO Box 81306
Rochester, MI 48308-1306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __9/2021 & 10/2021__

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,667.88** |
|---|---|---|---|

**Chase Card Services**
PO Box 94014
Palatine, IL 60094-4014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Credit card purchases__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cincinnati Insurance Company**
PO Box 145620
Cincinnati, OH 45250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Insurance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor **Neutral Posture, Inc.**  Case number *(if known)* _____

Name

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $751.92 |
|---|---|---|---|

**Clarity Glass Wholesalers, LLC**
**555 W. Sam Houston Pkwy. N**
**Houston, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2021**

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $277.20 |
|---|---|---|---|

**Comtrad**
**5106 Timverlea Blvd.**
**Mississuga, ON L4W 2S5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2021**

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,065.20 |
|---|---|---|---|

**Conner Industries**
**PO Box 200298**
**Dallas, TX 75320-0298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2021**

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**CreditSafe USA Inc.**
**4635 Crackersport Rd.**
**Allentown, PA 18104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $226.10 |
|---|---|---|---|

**CTL Leather**
**90 Carnforth Rd.**
**Toronto, ON M4A 2K7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2021**

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $844.40 |
|---|---|---|---|

**Curbell Plastics**
**14746 Collections Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2021**

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,869.78 |
|---|---|---|---|

**Curtis Steel Company**
**PO Box 4346, Dept 574**
**Houston, TX 77210-4346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2021**

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Neutral Posture, Inc._____          Case number (if known) _____
           Name

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,609.23 |
|---|---|---|---|

**3.27** | **Nonpriority creditor's name and mailing address**
D & R Specialties, Inc.
7400 FM 1774
Navasota, TX 77868

Date(s) debt was incurred  __9/2021 & 10/2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                                    **$4,609.23**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**
D&M Metal
4994 West River Dr. NE
Comstock Park, MI 49321

Date(s) debt was incurred  __10/2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                                    **$462.60**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address**
Dahill
PO Box 10306
Des Moines, IA 50306

Date(s) debt was incurred  __10/2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                                    **$21,274.20**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address**
Dahill
PO Box 10306
Des Moines, IA 50306

Date(s) debt was incurred  __10/2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                                    **$2,143.37**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address**
Danhil Containers II, Ltd.
PO Box 2089
3715 Lucius McCelvey Dr.
Temple, TX 76503

Date(s) debt was incurred  __9/2021 & 10/2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                                    **$21,274.20**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address**
De Lage Landen Financial Services, Inc.
PO Box 41602
Philadelphia, PA 19101-1602

Date(s) debt was incurred  __10/2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                                    **$592.18**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lease__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address**
Dillard Law Firm
PO Box 5450
Bryan, TX 77805

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                                    **$5,850.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Professional Services__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Neutral Posture, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Eastex Products, Inc.**<br>**71 Armstrong Rd.**<br>**Plymouth, MA 02210**<br><br>Date(s) debt was incurred  **9/2021 & 10/2021**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,173.40** |
|---|---|---|---|

| 3.35 | **Nonpriority creditor's name and mailing address**<br>**eReplacementParts.com LLC**<br>**7036 S. High Tech Dr.**<br>**Midvale, UT 84047**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$8.18** |

| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Ergonomic Accessories Int'l Corp**<br>**1166 Gorham St., Unit 2**<br>**Newmarket, ON L3Y 8W4**<br>**CANADA**<br><br>Date(s) debt was incurred  **10/2021**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$1,869.00** |

| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Fast-Spec, Inc.**<br>**475 Dodson**<br>**Arlington, TX 76012**<br><br>Date(s) debt was incurred  **9/2021**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$246.00** |

| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Fed Ex**<br>**PO Box 94515**<br>**Palatine, IL 60094-4515**<br><br>Date(s) debt was incurred  **9/2021 & 10/2021**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$9,859.01** |

| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Fed Ex Freight West, Inc.**<br>**Dept CH**<br>**PO Box 10306**<br>**Palatine, IL 60055-0306**<br><br>Date(s) debt was incurred  **1/2020, 7/2021, 8/2021 &**<br>**9/2021**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$16,379.24** |

| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Fiber Pad, Inc.**<br>**PO Box 690660**<br>**Tulsa, OK 74169-0660**<br><br>Date(s) debt was incurred  **8/2021 & 9/2021**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$24,312.20** |

Debtor   **Neutral Posture, Inc.**

Name

Case number *(if known)*

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,453.89 |
|---|---|---|---|

**Fine Line Production**
2221 Regal Pkwy.
Euless, TX 76040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2021**

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,854.30 |
|---|---|---|---|

**General Pattern Co., Inc.**
3075 84th Lane NE
Blaine, MN 55449

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2021**

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $192.93 |
|---|---|---|---|

**Gibraltar, Inc.**
421 N. Centennial St.
Zeeland, MI 49464

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2021**

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24.00 |
|---|---|---|---|

**Grainger**
Dept 82302616
PO Box 419267
Kansas City, MO 64141-6267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2021**

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,617.26 |
|---|---|---|---|

**Green Teams, Inc.**
731 Industrial Blvd.
Bryan, TX 77803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2021**

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $840.00 |
|---|---|---|---|

**Gross Stabil**
PO Box 368
100 Gross Dr.
Coldwater, MI 49036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2021**

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104.24 |
|---|---|---|---|

**Group Dekko, Inc.**
PO Box 932319
Atlanta, GA 31193-2319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2021**

**Basis for the claim:  Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Neutral Posture, Inc.** |
| | Name |

Case number (if known) _____

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37,294.65**

**Haynes and Boone, LLP**
PO Box 841399
Dallas, TX 75284-1399

Date(s) debt was incurred **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,620.20**

**Henkel Corporation**
PO Box 281666
Atlanta, GA 30384-1666

Date(s) debt was incurred **8/2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$188,117.40**

**Ice Miller**
250 West St., Ste. 700
Columbus, OH 43215

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**IMA Waldman**
6200 LBJ Freeway, Ste. 200
Dallas, TX 75240

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,191.50**

**Interface Teknit Inc.**
PO Box 206435
Dallas, TX 75320-6435

Date(s) debt was incurred **9/2021 & 10/2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**IPFS Corporation**
24722 Network Pl.
Chicago, IL 60673-1247

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance Financing**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,066.97**

**Ivars USA**
2803 S. Taylor Dr.
Sheboygan, WI 53081

Date(s) debt was incurred **9/2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Neutral Posture, Inc.**                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** |

**3.55**

**Nonpriority creditor's name and mailing address**
**Journey Freight Montreal**
**18100 Transcanada**
**Kirkland, QC H9J 4A1**
**CANADA**

Date(s) debt was incurred  9/2021

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$1,600.00**

---

**3.56**

**Nonpriority creditor's name and mailing address**
**KBM Office Equipment**
**250 Montgomery St., Ste. 1400**
**San Francisco, CA 94104**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Settlement Agreement**

Is the claim subject to offset? ☐ No ☐ Yes

**$80,000.00**

---

**3.57**

**Nonpriority creditor's name and mailing address**
**Kin, Inc.**
**18114 NE 27th St.**
**Redmond, WA 98052**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,968.03**

---

**3.58**

**Nonpriority creditor's name and mailing address**
**Knape & Vogt Manufacturing**
**PO Box 74007580**
**Chicago, IL 60674-7580**

Date(s) debt was incurred  9/2021 & 10/2021

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$78,335.54**

---

**3.59**

**Nonpriority creditor's name and mailing address**
**Laird Plastics Inc.**
**PO Box 934226**
**Atlanta, GA 31193-4226**

Date(s) debt was incurred  10/2021

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10,540.92**

---

**3.60**

**Nonpriority creditor's name and mailing address**
**Lange Distributing Co, Inc.**
**PO Box 3457**
**Bryan, TX 77805**

Date(s) debt was incurred  10/2021

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$126.35**

---

**3.61**

**Nonpriority creditor's name and mailing address**
**Lawrence E. Cadotte**
**8344 Fox Bay Dr.**
**White Lake, MI 48386**

Date(s) debt was incurred  10/2021

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

| Debtor | **Neutral Posture, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,260.00** |
|---|---|---|---|

**Leggett & Platt Office Components**
**PO Box 952092**
**Main Post Office**
**Saint Louis, MO 63195-2092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2021 & 9/2021**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$340.00** |
|---|---|---|---|

**Mary J. Harrison**
**6351 S FM 2038**
**Bryan, TX 77808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2021**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$534.50** |
|---|---|---|---|

**Material Bank**
**PO Box 75076**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2021**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,400.00** |
|---|---|---|---|

**Materials Analytical Services sba MAS**
**3945 Lakefield Ct.**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2021**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$925.74** |
|---|---|---|---|

**Matrex**
**PO Box 952092**
**Saint Louis, MO 63195-2092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2021**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,344.95** |
|---|---|---|---|

**Mayer-Paetz, Inc.**
**500 S. Kitley Ave.**
**Indianapolis, IN 46219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2021 & 10/2021**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43.31** |
|---|---|---|---|

**McMaster Carr**
**PO Box 7690**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2021**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Neutral Posture, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.69** | **Nonpriority creditor's name and mailing address**
Metalworks, Inc.
Dept for Lockbox 9521-11
PO Box 30516
Lansing, MI 48909-8016

Date(s) debt was incurred  9/2021

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$3,712.40**

---

**3.70** | **Nonpriority creditor's name and mailing address**
Mimecast North America, Inc.
Department CH 10922
Palatine, IL 60055-0922

Date(s) debt was incurred  10/2021

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$479.47**

---

**3.71** | **Nonpriority creditor's name and mailing address**
Momentum Textiles, Inc.
PO Box 848237
Los Angeles, CA 90084-8237

Date(s) debt was incurred  9/2021 & 10/2021

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$14,012.85**

---

**3.72** | **Nonpriority creditor's name and mailing address**
MSC Industrial Supply Co.
PO Box 953635
Saint Louis, MO 63195-3635

Date(s) debt was incurred  10/2021

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$123.63**

---

**3.73** | **Nonpriority creditor's name and mailing address**
National Business Furniture, LLC
770 S. 70th St.
Milwaukee, WI 53214

Date(s) debt was incurred  12/2020 & 4/2021

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$14,290.91**

---

**3.74** | **Nonpriority creditor's name and mailing address**
NGIN, LLC
PO Box 4951
Bryan, TX 77805

Date(s) debt was incurred  10/2021

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$4,156.80**

---

**3.75** | **Nonpriority creditor's name and mailing address**
NGIN, LLC
PO BOx 4951
Bryan, TX 77805

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Professional Services

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Neutral Posture, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,900.00** |
|---|---|---|---|

**Nolan Transportation Group, Inc.**
**PO Box 931184**
**Atlanta, GA 31193-1184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2021**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49,360.58** |
|---|---|---|---|

**Northfield Metal Products**
**L&P Financial Services**
**c/o US Bank**
**PO Box 952092**
**Saint Louis, MO 63195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2021 & 9/2021**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$543.76** |
|---|---|---|---|

**Norton Lifelock**
**PO Box 743560**
**Los Angeles, CA 90074-3560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2021**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,743.20** |
|---|---|---|---|

**NST Falls Creek, Inc. dba Netshape**
**Technologies Inc.**
**2691 Solution Center**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2021**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80.65** |
|---|---|---|---|

**Optimal Logistics**
**202 W. Main St., S-200**
**Allen, TX 75013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2021**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,879.21** |
|---|---|---|---|

**Panel Specialists, Inc.**
**PO Box 968**
**Temple, TX 76503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2021 & 10/2021**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,237.00** |
|---|---|---|---|

**Paul Brayton Designs**
**PO Box 1036**
**Charlotte, NC 28201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2021 & 10/2021**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Neutral Posture, Inc.**

Name

Case number *(if known)* _____

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$270.00**
--- | --- | --- | ---

**3.83**

Nonpriority creditor's name and mailing address

**Paula Overall**
**4401 Colony Chase Dr.**
**Bryan, TX 77808**

Date(s) debt was incurred  __10/2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$270.00**

---

**3.84**

Nonpriority creditor's name and mailing address

**Perma-Type Rubber Co**
**83 Northwest Dr.**
**Plainville, CT 06062**

Date(s) debt was incurred  __10/2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$6,001.30**

---

**3.85**

Nonpriority creditor's name and mailing address

**Professional Trash Valet, LLC**
**3515 B Longmire Dr., Ste. 205**
**College Station, TX 77845**

Date(s) debt was incurred  __10/2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$183.97**

---

**3.86**

Nonpriority creditor's name and mailing address

**Quadient Finance**
**PO Box 6813**
**Carol Stream, IL 60197-6813**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lease of Mail Machine__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.87**

Nonpriority creditor's name and mailing address

**Quality Plywood, Inc.**
**PO Box 187**
**Waynesboro, MS 39367**

Date(s) debt was incurred  __9/2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$6,195.40**

---

**3.88**

Nonpriority creditor's name and mailing address

**Quill Corp**
**PO Box 37600**
**Philadelphia, PA 19101-0600**

Date(s) debt was incurred  __10/2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$212.50**

---

**3.89**

Nonpriority creditor's name and mailing address

**Rebecca E. Boenig**
**4104 Lakeland**
**College Station, TX 77845**

Date(s) debt was incurred  __9/2/2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Loan__

Is the claim subject to offset? ■ No ☐ Yes

**$369,348.20**

---

| Debtor | **Neutral Posture, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $378.88 |
|---|---|---|---|

**Richard W. Lucas dba RWL Landscaping**
**4117 Bedford**
**Bryan, TX 77802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/2021

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Sandy Kay Capek**
**5119 Congressional Dr.**
**College Station, TX 77845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2021

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $476.19 |
|---|---|---|---|

**ScanTexas**
**6 Wiltshire Ct.**
**Lucas, TX 75002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/2021

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.00 |
|---|---|---|---|

**Scarbrough International, Ltd.**
**10841 NW Ambassador Dr.**
**Kansas City, MO 64153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/2021

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495.00 |
|---|---|---|---|

**Scott W Kennedy dba KSPX**
**591 Dunnbridge Dr.**
**Webster, NY 14580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2018 & 2021

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.12 |
|---|---|---|---|

**Sharon Holtkamp**
**PO Box 375**
**Brenham, TX 77834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2021

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,517.25 |
|---|---|---|---|

**Southern Carlson, Inc.**
**PO Box 744372**
**Atlanta, GA 30374-4372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/2021

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Neutral Posture, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.97** | Nonpriority creditor's name and mailing address

**Southwestern Foam Technology**
PO Box 240
1106 Industria Park Rd.
Belton, TX 76513

Date(s) debt was incurred  **9/2021 & 10/2021**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$33,029.51**

---

**3.98** | Nonpriority creditor's name and mailing address

**Spradling International**
PO Box 1668
Pelham, AL 35124

Date(s) debt was incurred  **10/2021**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$589.25**

---

**3.99** | Nonpriority creditor's name and mailing address

**Steve Harvey Law**
1880 John F. Kennedy Blvd., Ste. 1715
Philadelphia, PA 19103

Date(s) debt was incurred  **7/2019 & 10/2019**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

**$6,179.34**

---

**3.100** | Nonpriority creditor's name and mailing address

**Suddenlink**
PO Box 70340
Philadelphia, PA 19176-0340

Date(s) debt was incurred _

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.101** | Nonpriority creditor's name and mailing address

**Texas Commercial Waste**
PO Box 645
Bryan, TX 77806

Date(s) debt was incurred _

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.102** | Nonpriority creditor's name and mailing address

**Texas Mutual Insurance Company**
PO Box 841843
Dallas, TX 75284-1843

Date(s) debt was incurred  **10/2021**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

**$1,132.44**

---

**3.103** | Nonpriority creditor's name and mailing address

**Total Quality Logistics**
PO Box 634558
Cincinnati, OH 45263-4558

Date(s) debt was incurred  **10/2021**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,700.00**

---

| Debtor | Neutral Posture, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.104** | Nonpriority creditor's name and mailing address

**Travelers Indemnity Company**
**Travelers CL Remittance Center**
**PO Box 660317**
**Dallas, TX 75266**

Date(s) debt was incurred  **6/2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

**$1,268.50**

---

**3.105** | Nonpriority creditor's name and mailing address

**Tyco Integrated Security LLC dba Johnson**
**Controls**
**PO Box 371967**
**Pittsburgh, PA 15250**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.106** | Nonpriority creditor's name and mailing address

**UBEO of East Texas Inc.**
**PO Box 790448**
**Saint Louis, MO 63179-0448**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107** | Nonpriority creditor's name and mailing address

**Uline**
**PO Box 88741**
**Chicago, IL 60680-1741**

Date(s) debt was incurred  **9/2021 & 10/2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,884.79**

---

**3.108** | Nonpriority creditor's name and mailing address

**Ultrafabrics, Inc.**
**PO Box 844254**
**Boston, MA 02284-4254**

Date(s) debt was incurred  **10/2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,485.00**

---

**3.109** | Nonpriority creditor's name and mailing address

**VSS Logistics dba Triumph Business**
**Capital**
**c/o Advance Business Capital**
**PO Box 610028**
**Dallas, TX 75261**

Date(s) debt was incurred  **9/2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,485.00**

---

**3.110** | Nonpriority creditor's name and mailing address

**Wesko Locks Ltd.**
**4570 Eastgate Pkwy.**
**Mississauga, ON L4W 3W6**
**CANADA**

Date(s) debt was incurred  **9/2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$256.87**

---

| Debtor | **Neutral Posture, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,320.00 |
|---|---|---|---|

**Workrite Ergonomics**
**PO Box 741346**
**Los Angeles, CA 90074-1346**

Date(s) debt was incurred  9/2021

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,909.32 |
|---|---|---|---|

**XPO Logistics Freight, Inc.**
**417 Palasota Dr.**
**Bryan, TX 77803**

Date(s) debt was incurred  10/2021

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.00 |
|---|---|---|---|

**Young Corp of America**
**10888 San Sevaine Way, Unit F**
**Jurupa, CA 91752**

Date(s) debt was incurred  9/2021

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Robertson & Lewis**<br>**Attn: Wm. Thomas Lewis**<br>**PO Box 1257**<br>**Gilroy, CA 95021-1257** | Line  **3.56**<br><br>☐ Not listed. Explain ____ | __ |

---

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 50,273.14 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,325,557.28 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,375,830.42 |

---

**Fill in this information to identify the case:**

Debtor name   **Neutral Posture, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   _____

☐ Check if this is an amended filing

---

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Deductible Buyback - Wind**<br>**Policy #**<br>**21N3748600024**<br>**4/6/2022**<br><br> | **AEGIS Syndicate 1225**<br>**c/o AEGIS Managing Agency Limited**<br>**33 Gracechurch St**<br>**London EC3V 0BT**<br>**UNITED KINGDOM** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Manufacturer's Agency Agreement**<br><br>**2 months**<br><br> | **Akers Business Solutions**<br>**Attn: Darlene Akers**<br>**2406 Peppermill Dr., Ste. J**<br>**Glen Burnie, MD 21061** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Manufacturer's Agency Agreement**<br><br>**2 months**<br><br> | **Baldwin Contract LLC**<br>**PO Box 41**<br>**North Falmouth, MA 02556** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Telehealth Insurance Coverage**<br>**Group ID NB6284C**<br><br>**2 months**<br><br> | **Benefits Partners**<br>**14240 Proton Rd.**<br>**Dallas, TX 75244** |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1 **Neutral Posture, Inc.**

First Name     Middle Name     Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Group Retiree Health Plan** | |
|---|---|---|---|
| | State the term remaining | **2 months** | |
| | List the contract number of any government contract | | **Benistar**<br>**2 Seir Hill Rd.**<br>**Norwalk, CT 06850** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturer's Agency Agreement** | |
|---|---|---|---|
| | State the term remaining | **2 months** | |
| | List the contract number of any government contract | | **Brent Baker and Associates, Inc.**<br>**4515 Green Forest Pass**<br>**Houston, TX 77084** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Property Insurance Policy No AMR-66383-02** | |
|---|---|---|---|
| | State the term remaining | **4/6/2022** | |
| | List the contract number of any government contract | | **Certain Underwriters at Lloyds, London**<br>**c/o Thompson Heath and Bond Limited**<br>**107 Leadenhall Street**<br>**London  EC3A 4AF**<br>**UNITED KINGDOM** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturer's Agency Agreement** | |
|---|---|---|---|
| | State the term remaining | **2 months** | |
| | List the contract number of any government contract | | **Christopher C. Rommel dba Capital Solutions**<br>**14701 Native Dancer Rd.**<br>**North Patomac, MD 20878** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Supplemental Prescription Drug Coverage** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Companion Life Insurance Company**<br>**PO Box 100102**<br>**Columbia, SC 29202-3102** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturer's Agency Agreement** | |
|---|---|---|---|
| | State the term remaining | **2 months** | |
| | List the contract number of any | | **Contract Furniture Associates, LLC**<br>**18042 W. Purdue Ave.**<br>**Waddell, AZ 85355** |

Debtor 1  **Neutral Posture, Inc.**
　　　　　First Name　　　Middle Name　　　Last Name　　　　　　　Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract _____　_____

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturer's Agency Agreement** | |
|---|---|---|---|
| | State the term remaining | **2 months** | **Contract Furniture Professionals c/o Wanda Mardis 377 Mardis Ln. Springville, AL 35146** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance and lease agreement for 11 copiers** | |
|---|---|---|---|
| | State the term remaining | | **Dahill 2700 Earl Rudder Freeway College Station, TX 77845** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement for forklift** | |
|---|---|---|---|
| | State the term remaining | **3 years** | **De Lage Landen Financial Solutions 1111 Old Eagle School Rd. Wayne, PA 19087** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2 servers** | |
|---|---|---|---|
| | State the term remaining | **2 years** | **Dell Financial Services Payment Processing Center PO Box 5292 Carol Stream, IL 60197** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 19 computers and 38 monitors** | |
|---|---|---|---|
| | State the term remaining | **2 years** | **Dell Financial Services Payment Processing Center PO Box 5292 Carol Stream, IL 60197** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturer's Agency Agreement** | **ER-GO, Inc. PMB 296, 1353 Rd. 19 Guaynabo, PR 00966** |
|---|---|---|---|

Debtor 1    **Neutral Posture, Inc.**                      Case number (*if known*) _____

First Name           Middle Name           Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **2 months** |  |
|  | List the contract number of any government contract | _____ |  |

---

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Directors & Officers and Entity Liability Coverage**<br>**Employment Practices Liability Coverage**<br>**Fiduciary Liability Coverage**<br>**Crime Coverage**<br>**Policy # 8251-3317** |  |
|  | State the term remaining | **4/6/2022** | **Federal Insurance Company**<br>**Capital Center**<br>**251 N Illinois, Ste. 1100**<br>**Indianapolis, IN 46204-1927** |
|  | List the contract number of any government contract | _____ |  |

---

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturer's Agency Agreement** |  |
|  | State the term remaining | **2 months** | **Frank Sirch dba FJS Associate**<br>**18 Chadwich Dr.**<br>**Voorhees, NJ 08043** |
|  | List the contract number of any government contract | _____ |  |

---

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Property Insurance Policy #10T029659-11593-21-02** |  |
|  | State the term remaining | **4/6/2022** | **General Security Indemnity Company of Arizona**<br>**28 Liberty St., Ste. 5400**<br>**New York, NY 10005** |
|  | List the contract number of any government contract | _____ |  |

---

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Property Insurance Policy #GVS-11818-00** |  |
|  | State the term remaining | **4/6/2022** | **GeoVera Specialty Insurance Company**<br>**1455 Oliver Rd.**<br>**Fairfield, CA 94534** |
|  | List the contract number of any government contract | _____ |  |

---

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturer's Agency Agreement** |  |
|  | State the term remaining | **2 months** | **Harris Richardson Representatives, LLC**<br>**1200 Conveyor**<br>**Dallas, TX 75247** |

Debtor 1  **Neutral Posture, Inc.**

First Name            Middle Name            Last Name

Case number *(if known)*

---

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

List the contract number of any government contract

---

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Property Insurance Policy #HAN-22166-02** | |
|---|---|---|---|
| | State the term remaining | **4/6/2022** | **HDI Global Specialty SE Attn: Ralph Beutter Roderbruchstrasse 26 30655 Hannover GERMANY** |
| | List the contract number of any government contract | | |

---

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Insurance** | |
|---|---|---|---|
| | State the term remaining | | **Humana PO Box 14209 Lexington, KY 40512-4209** |
| | List the contract number of any government contract | | |

---

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Property Insurance Policy # AMP7536271-02** | |
|---|---|---|---|
| | State the term remaining | **4/6/2022** | **Indian Harbor Insurance Company 505 Eagleview Blvd., Suite 100 Dept: Regulatory Exton, PA 19341-1120** |
| | List the contract number of any government contract | | |

---

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Jenkinsdesign, LLC 4 Panorama Crest Ave. Las Vegas, NV 89135** |
| | List the contract number of any government contract | | |

---

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturer's Agency Agreement** | |
|---|---|---|---|
| | State the term remaining | **2 months** | **Jennifer Shoemaker Interiors, Inc. dba Interior Prooduct Collective 21524 Pinehurst Ave. Elkhorn, NE 68022** |
| | List the contract number of any government contract | | |

---

Debtor 1   **Neutral Posture, Inc.**
_____
First Name        Middle Name        Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.27.**   State what the contract or lease is for and the nature of the debtor's interest — **Manufacturer's Agency Agreement**

State the term remaining — **2 months**

List the contract number of any government contract

**Kin, Inc.**
**18114 NE 27th St.**
**Redmond, WA 98052**

---

**2.28.**   State what the contract or lease is for and the nature of the debtor's interest — **Property Insurance Policy #LEX-014714203-02**

State the term remaining — **4/6/2022**

List the contract number of any government contract

**Lexington Insurance Company**
**99 High St.**
**Boston, MA 02110**

---

**2.29.**   State what the contract or lease is for and the nature of the debtor's interest — **Manufacturer's Agency Agreement**

State the term remaining — **2 months**

List the contract number of any government contract

**M Ketcham Assoc**
**1369 Spruce Dr., #2101**
**Minneapolis, MN 55403**

---

**2.30.**   State what the contract or lease is for and the nature of the debtor's interest — **Manufacturer's Agency Agreement**

State the term remaining — **2 months**

List the contract number of any government contract

**Mark Rubba**
**52 French Crescent**
**Holland Landing, ON L9N 1J9**
**CANADA**

---

**2.31.**   State what the contract or lease is for and the nature of the debtor's interest — **Manufacturer's Agency Agreement**

State the term remaining — **2 months**

List the contract number of any government contract

**MC Associes**
**206 Rue des Melezes**
**Gatineau, QC J9J 1V5**
**CANADA**

---

**2.32.**   State what the contract or lease is for and the nature of the debtor's interest — **Manufacturer's Agency Agreement**

State the term remaining — **2 months**

List the contract number of any

**Michael Wallace Morgan dba Morgan Assoc**
**17 Riviera Dr.**
**Hattiesburg, MS 39402**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1  **Neutral Posture, Inc.**
_____          Case number (*if known*) _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|
| **2.33.** | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturer's Agency Agreement** | |
| | State the term remaining | **2 months** | **Mountain Contract Group** |
| | List the contract number of any government contract | | **8610 Zircon Way**<br>**Arvada, CO 80007** |
| **2.34.** | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturer's Agency Agreement** | |
| | State the term remaining | **2 months** | **MRG Carolinas Inc.** |
| | List the contract number of any government contract | | **854 Shore View Dr.**<br>**Columbia, SC 29212** |
| **2.35.** | State what the contract or lease is for and the nature of the debtor's interest | **Property Insurance Policy #ORAMPR007092-02** | |
| | State the term remaining | **4/6/2022** | **Old Republic Union Insurance Company** |
| | List the contract number of any government contract | | **370 N. Michigan Ave.**<br>**Chicago, IL 60601** |
| **2.36.** | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturer's Agency Agreement** | |
| | State the term remaining | **2 months** | **Paul Rubba**<br>**76 Marcy Cr.**<br>**Cambridge, ON N3C 4H5**<br>**CANADA** |
| | List the contract number of any government contract | | |
| **2.37.** | State what the contract or lease is for and the nature of the debtor's interest | **Lease for cargo truck** | |
| | State the term remaining | | **Penske Truck Leasing Co** |
| | List the contract number of any government contract | | **7625 Morgantown Rd.**<br>**Reading, PA 19607** |
| **2.38.** | State what the contract or lease is for and the nature of the debtor's interest | **Vision Insurance** | **Principal Financial Group**<br>**Des Moines, IA 50392-0002** |

Debtor 1  **Neutral Posture, Inc.**                                            Case number *(if known)*
_____                               _____
First Name          Middle Name          Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Property Insurance Policy #MSP-27867-02** | |
|---|---|---|---|
| | State the term remaining | **4/6/2022** | **QBE Specialty Insurance Company** **88 Pine Street, 16th Floor** **Wall Street Plaza** **New York, NY 10005** |
| | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of mail machine** | |
|---|---|---|---|
| | State the term remaining | | **Quadient Finance** **PO Box 6813** **Carol Stream, IL 60197-6813** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturer's Agency Agreement** | |
|---|---|---|---|
| | State the term remaining | **2 months** | **Sculptural Spaces Inc.** **26491 Marsala Way** **Mission Viejo, CA 92692** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturer's Agency Agreement** | |
|---|---|---|---|
| | State the term remaining | **2 months** | **Skaar Furniture Associates** **dba Knak Group** **PO Box 411737** **San Francisco, CA 94141-1737** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Property Insurance Policy #CPP0287226-02** | |
|---|---|---|---|
| | State the term remaining | **4/6/2022** | **Steadfast Insurance Company** **1299 Zurich Way** **Schaumburg, IL 60196** |
| | List the contract number of any government contract | | |

Debtor 1   **Neutral Posture, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Synergy Product Development** |
| | List the contract number of any government contract | | **5037 68th St. SE**<br>**Caledonia, MI 49316** |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Retiree medical coverage** | |
|---|---|---|---|
| | State the term remaining | | **TAGCO Associates, LP** |
| | List the contract number of any government contract | | **PO Box 4133**<br>**Bergheim, TX 78004** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for warehouse located at 230 E. 15th St., Bryan, TX 77803** | |
|---|---|---|---|
| | State the term remaining | **18 years** | **Texas Department of Transportation**<br>**Attn: Financial Management - Revenue** |
| | List the contract number of any government contract | **L17-021-508** | **PO Box 149001**<br>**Austin, TX 78714-9001** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Workers' Compensation Insurance Policy #0001283505** | |
|---|---|---|---|
| | State the term remaining | **4/6/2022** | **Texas Mutual Insurance Company** |
| | List the contract number of any government contract | | **PO Box 12058**<br>**Austin, TX 78711-2058** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Liability Insurance Policy #EBA 061 05 44** | |
|---|---|---|---|
| | State the term remaining | **4/6/2022** | **The Cincinnati Insurance Company** |
| | List the contract number of any government contract | | **PO Box 14529**<br>**Cincinnati, OH 45250-0529** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Dental Insurance** | |
|---|---|---|---|
| | State the term remaining | | **The Guardian Life Insurance Company of America** |
| | List the contract number of any | | **7 Hanover Square**<br>**New York, NY 10004** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1    **Neutral Posture, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | _____ | _____ |
|---|---|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Property Insurance Policy #TSAMPR0001291-00** | |
|---|---|---|---|
| | State the term remaining | **4/6/2022** | **Transverse Specialty Insurance Company** |
| | List the contract number of any government contract | | **155 Village Blvd., Ste. 205** **Princeton, NJ 08540** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Umbrella Insurance Policy Policy #EX-1S459529-21-NF** | |
|---|---|---|---|
| | State the term remaining | **4/6/2022** | **Travelers** **Attn: Consumer Affairs** |
| | List the contract number of any government contract | | **One Tower Square** **Hartford, CT 06183** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturer's Agency Agreement** | |
|---|---|---|---|
| | State the term remaining | **2 months** | **Ulett & Associates, Inc.** |
| | List the contract number of any government contract | | **1480 Potawatomi Rd.** **Grayslake, IL 60030** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Property Insurance Policy #USI-24784-02** | |
|---|---|---|---|
| | State the term remaining | **4/6/2022** | **United Specialty Insurance Company** |
| | List the contract number of any government contract | | **1900 L. Don Dodson Drive** **Bedford, TX 76021** |

**Fill in this information to identify the case:**

Debtor name **Neutral Posture, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Jaye Congleton** | **13065 Valley Circle**<br>**College Station, TX 77845** | **JPMorgan Chase Bank, N.A.** | ■ D  __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Jaye Congleton** | **13065 Valley Circle**<br>**College Station, TX 77845** | **JPMorgan Chase Bank, N.A.** | ■ D  __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Jaye Congleton** | **13065 Valley Circle**<br>**College Station, TX 77845** | **JPMorgan Chase Bank, N.A.** | ■ D  __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Jaye Congleton** | **13065 Valley Circle**<br>**College Station, TX 77845** | **JPMorgan Chase Bank, N.A.** | ■ D  __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Jaye Congleton** | **13065 Valley Circle**<br>**College Station, TX 77845** | **T2W, LLC** | ■ D  __2.8__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Neutral Posture, Inc.**                                         Case number *(if known)*

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 **Jaye Congleton** | 13065 Valley Circle<br>College Station, TX 77845 | **T2W, LLC** | ■ D __2.9__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 **Jaye Congleton** | 13065 Valley Circle<br>College Station, TX 77845 | **T2W, LLC** | ■ D __2.10__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 **Jaye Congleton** | 13065 Valley Circle<br>College Station, TX 77845 | **U.S. Small Business Administration** | ■ D __2.11__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 **Rebecca E. Boenigk** | 4104 Lakeland<br>College Station, TX 77845 | **JPMorgan Chase Bank, N.A.** | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 **Rebecca E. Boenigk** | 4104 Lakeland<br>College Station, TX 77845 | **JPMorgan Chase Bank, N.A.** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 **Rebecca E. Boenigk** | 4104 Lakeland<br>College Station, TX 77845 | **JPMorgan Chase Bank, N.A.** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.12 **Rebecca E. Boenigk** | 4104 Lakeland<br>College Station, TX 77845 | **JPMorgan Chase Bank, N.A.** | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.13 **Rebecca E. Boenigk** | 4104 Lakeland<br>College Station, TX 77845 | **T2W, LLC** | ■ D __2.8__<br>☐ E/F ____<br>☐ G ____ |

Debtor  **Neutral Posture, Inc.**                                        Case number *(if known)*  _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 **Rebecca E. Boenigk** | **4104 Lakeland College Station, TX 77845** | **T2W, LLC** | ■ D __2.9__<br>☐ E/F ____<br>☐ G ____ |
| 2.15 **Rebecca E. Boenigk** | **4104 Lakeland College Station, TX 77845** | **T2W, LLC** | ■ D __2.10__<br>☐ E/F ____<br>☐ G ____ |
| 2.16 **Rebecca E. Boenigk** | **4104 Lakeland College Station, TX 77845** | **U.S. Small Business Administration** | ■ D __2.11__<br>☐ E/F ____<br>☐ G ____ |

| Fill in this information to identify the case: |
|---|
| Debtor name **Neutral Posture, Inc.** |
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$5,397,663.00** |
   | **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$8,468,461.00** |
   | **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$9,711,505.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | **PPP Loan** | **$624,300.00** |
   | **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | **PPP Loan** | **$624,300.00** |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor  **Neutral Posture, Inc.**                                          Case number *(if known)*

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Rebecca E. Boenigk**<br>**4104 Lakeland**<br>**College Station, TX 77845**<br>**President and CEO** | **See attached Exhibit to SOFA #4** | **$526,883.30** | **Reimbursement for business expenses** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **KBM Office Equipment, Inc.**<br>**v**<br>**Neutral Posture, Inc. and DOES I-20**<br>**CGC-19-580273** | **Civil** | **Superior Court of California County of San Francisco 400 McAllister St. San Francisco, CA 94102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **Neutral Posture, Inc.**<br>**v**<br>**Knoll, Inc.**<br>**170602337** | **Civil** | **Philadelphia County Court of Common Pleas, Civil Trial Division 296 Philadelphia Pedestrian Transit Philadelphia, PA 19107** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

| Debtor | **Neutral Posture, Inc.** | | Case number *(if known)* | |

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Howley Law PLLC**<br>**Pennzoil Place - South Tower**<br>**711 Louisiana St., Ste. 1850**<br>**Houston, TX 77002** | **Total Paid:  $123,750.00**<br>**Prepetition work: $58,074.41**<br>**Retainer held in trust:  $65,675.59** | **7/27/2021,**<br>**8/30/2021,**<br>**10/19/2021,**<br>**10/31/2021** | **$123,750.00** |
| | Email or website address<br>**https://howley-law.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include

Debtor   **Neutral Posture, Inc.**                                               Case number *(if known)*

both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

| **Part 7:** | Previous Locations |
|---|---|

14. **Previous addresses**
     List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| **Part 8:** | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
     Is the debtor primarily engaged in offering services and facilities for:
     - diagnosing or treating injury, deformity, or disease, or
     - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
□ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

| **Part 9:** | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

□ No.
■ Yes. State the nature of the information collected and retained.

     **Credit card numbers and related client information**

     Does the debtor have a privacy policy about that information?
     □ No
     ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

□ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

     □ No Go to Part 10.
     ■ Yes. Fill in below:

     | Name of plan | Employer identification number of the plan |
     |---|---|
     | **Mass Mutual** | EIN:  **74-2983577** |

     Has the plan been terminated?
     ■ No
     □ Yes

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
     Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,

Debtor **Neutral Posture, Inc.** Case number *(if known)* _____

moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

□ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Neutral Posture Warehouse<br>230 E. 15th St.<br>Bryan, TX 77803 | All employees | Inventory | □ No<br>■ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
□ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an**

Debtor   **Neutral Posture, Inc.**                                        Case number *(if known)*

environmental law?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **NP1 Management, LLC**<br>**3904 N. Texas Avenue**<br>**Bryan, TX 77803** | **Staffing Company** | EIN:  **83-2123116**<br><br>From-To  **10/4/2018 - 3/11/2020** |
| 25.2.  **NP2 Management, LLC**<br>**3904 N. Texas Avenue**<br>**Bryan, TX 77803** | **Staffing Company** | EIN:  **83-2123029**<br><br>From-To  **10/4/2018 - 3/11/2020** |
| 25.3.  **Neutral Posture - Haworth**<br>**Joint Venture**<br>**LLC**<br>**3904 N. Texas Avenue**<br>**Bryan, TX 77803** | **Joint venture for sales purpose** | EIN:  **83-4258783**<br><br>From-To  **3/28/2019 - 7/26/2021** |
| 25.4.  **Neutral Posture -**<br>**PeopleSpace Joint**<br>**Venture, LLC**<br>**3904 North Texas Avenue**<br>**Bryan, TX 77803** | **Joint venture for sales purpose** | EIN:  **84-2250367**<br><br>From-To  **7/15/2019 - Present** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Lott Vernon & Company LLC**<br>**20 S. 4th St.**<br>**Temple, TX 76501** | **2017 - present** |
| 26a.2.  **Christin Wuensche**<br>**10007 Calhoun Rd.**<br>**Bryan, TX 77808** | **2014 - Present** |

Debtor   **Neutral Posture, Inc.**                                   Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.3.   **Mike & Kelly Borchelt**<br>**18911 Forest Bend Creek Way**<br>**Spring, TX 77379** | **2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Condley & Company**<br>**993 N. 3rd St.**<br>**Abilene, TX 79601** | **2017 - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Lott Vernon & Company LLC**<br>**20 S. 4th St.**<br>**Temple, TX 76501** | |
| 26c.2.   **Condley & Company**<br>**993 N. 3rd St.**<br>**Abilene, TX 79601** | |
| 26c.3.   **Rebecca E. Boenigk**<br>**4104 Lakeland**<br>**College Station, TX 77845** | |
| 26c.4.   **Christin Wuensche**<br>**10007 Calhoun Rd.**<br>**Bryan, TX 77808** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Celtic Bank**<br>**268 S. State St., Ste. 300**<br>**Salt Lake City, UT 84111** |
| 26d.2.   **TAB Bank**<br>**4185 Harrison Blvd., Ste. 200**<br>**Ogden, UT 84403** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Neutral Posture, Inc.**                                  Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rebecca E. Boenigk | 4104 Lakeland<br>College Station, TX 77845 | President, CEO and Chaiman of the Board<br>Ownership Interest | 66.0879% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jaye Congleton | 13065 Valley Circle<br>College Station, TX 77845 | Director<br>Onwership Interest | 31.8969% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dwayne Ritchie | PO Box 13809<br>College Station, TX 77841 | VP Manufacturing | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kari Krueger | 1865 Freeston Dr.<br>College Station, TX 77845 | EVP Strategic Development | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Andrew Fawcett | 1005 Holt St.<br>College Station, TX 77840 | VP Engineering | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steve Busheron | 316 Woodland Spring<br>College Station, TX 77845 | VP Creative | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1<br>. | **Rebecca E. Boenigk**<br>**4104 Lakeland**<br>**College Station, TX 77845** | **$104,988.70** | **See attached Exhibit to SOFA #30** | **Salary** |
| | **Relationship to debtor**<br>**President, CEO and CHairman of the Board** | | | |

Debtor   **Neutral Posture, Inc.**                                    Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Jaye Congleton** **13065 Valley Circle** **College Station, TX 77845** | **$17,800.00** | **See attached Exhibit to SOFA #30** | **Salary** |
| **Relationship to debtor** **Director** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor     **Neutral Posture, Inc.**                                              Case number *(if known)*

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **November  1, 2021**

**/s/ Rebecca E. Boenigk**                                      **Rebecca E. Boenigk**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **President and CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Texas

In re **Neutral Posture, Inc.**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Catie Bushman**<br>**316 Woodland Springs**<br>**College Station, TX 77845** | **Stock** | **72604** | **Ownership** |
| **Jaye Congleton**<br>**13065 Valley Circle**<br>**College Station, TX 77845** | **Stock** | **1149189** | **Ownership** |
| **Rebecca E. Boenigk**<br>**4104 Lakeland**<br>**College Station, TX 77845** | **Stock** | **2381032** | **Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President and CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November  1, 2021**

Signature **/s/ Rebecca E. Boenigk**

**Rebecca E. Boenigk**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Texas

In re   **Neutral Posture, Inc.**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President and CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November  1, 2021**

**/s/ Rebecca E. Boenigk**
**Rebecca E. Boenigk/President and CEO**
Signer/Title

1 Resource Inc.
PO Box 1076 Vedder Crossing PO
Chilliwack, ON BC V2R0L3
CANADA


AEGIS Syndicate 1225
c/o AEGIS Managing Agency Limited
33 Gracechurch St
London EC3V 0BT
UNITED KINGDOM


Akers Business Solutions
Attn: Darlene Akers
2406 Peppermill Dr., Ste. J
Glen Burnie, MD 21061


Alabama Department of Finance
Div of Accounting & Administration
PO Box 300658
Montgomery, AL 36130


Alenco Holding Corporation dba
Ply Gem Industries
PO Box 203368
Dallas, TX 75320


All Integrated Solutions Great Lakes
Fasteners
5075 Claw Ave SW, Ste. A
Grand Rapids, MI 49548


All-Pro Fasteners, Inc.
PO Box 972404
Dallas, TX 75397-2404


Amino Transport, Inc.
PO Box 54220
Hurst, TX 76054

Arizona Department of Revenue
PO Box 29010
Phoenix, AZ 85038-9010


AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463


Atmos Energy
PO Box 740353
Cincinnati, OH 45274-0353


Baird, Crew, Schiller & Whitaker, P.C.
Attn: Thomas Baird
15 N. Main St.
Temple, TX 76501


Baldwin Contract LLC
PO Box 41
North Falmouth, MA 02556


Bay Bridge Administrators
1101 S Capital of Texas Hwy., Ste. E-200
Austin, TX 78746


Benefits Partners
14240 Proton Rd.
Dallas, TX 75244


Benistar
2 Seir Hill Rd.
Norwalk, CT 06850

Bernardo Metal Products
170 Capital Court
Mississauga, ON L5T 2R8
CANADA


Biscom, Inc.
10 Technology Park Dr.
Westford, MA 01886


Brado SPA
Vis Cal di Mezzo 3
31049 Valdobbladene TV
ITALY


Brazos County Tax Assessor-Collector
4151 County Park Ct.
Bryan, TX 77802


Brazos Valley Welding Supply
1540 Harvey MMitchell Pkwy.
Bryan, TX 77803


Brent Baker and Associates, Inc.
4515 Green Forest Pass
Houston, TX 77084


Bryan Utilities
PO Box 8000
Bryan, TX 77805-8000


California Department of Tax and Fee
Administration
PO Box 942879
Sacramento, CA 94279

California State Board of Equalization
PO Box 942879
Sacramento, CA 94279-8063


Capitol City Upholstry Supply
3911 Woodbury Dr.
Austin, TX 78704


Carpin Manufacturing, Inc.
PO Box 471
Waterbury, CT 06720


CenturyLink
Business Services
PO Box 52187
Phoenix, AZ 85072-2187


Certain Underwriters at Lloyds, London
c/o Thompson Heath and Bond Limited
107 Leadenhall Street
London  EC3A 4AF
UNITED KINGDOM


CF Stinson Inc.
PO Box 81306
Rochester, MI 48308-1306


Chase Card Services
PO Box 94014
Palatine, IL 60094-4014


Christopher C. Rommel dba Capital
Solutions
14701 Native Dancer Rd.
North Patomac, MD 20878

Cincinnati Insurance Company
PO Box 145620
Cincinnati, OH 45250


Clarity Glass Wholesalers, LLC
555 W. Sam Houston Pkwy. N
Houston, TX 77041


Commonwealth of Massachusetts
305 South St.
Jamaica Plain, MA 02130


Companion Life Insurance Company
PO Box 100102
Columbia, SC 29202-3102


Comtrad
5106 Timverlea Blvd.
Mississuga, ON L4W 2S5
CANADA


Conner Industries
PO Box 200298
Dallas, TX 75320-0298


Contract Furniture Associates, LLC
18042 W. Purdue Ave.
Waddell, AZ 85355


Contract Furniture Professionals
c/o Wanda Mardis
377 Mardis Ln.
Springville, AL 35146

CreditSafe USA Inc.
4635 Crackersport Rd.
Allentown, PA 18104


CTL Leather
90 Carnforth Rd.
Toronto, ON M4A 2K7
CANADA


Curbell Plastics
14746 Collections Center Dr.
Chicago, IL 60693


Curtis Steel Company
PO Box 4346, Dept 574
Houston, TX 77210-4346


D & R Specialties, Inc.
7400 FM 1774
Navasota, TX 77868


D&M Metal
4994 West River Dr. NE
Comstock Park, MI 49321


Dahill
PO Box 10306
Des Moines, IA 50306


Dahill
2700 Earl Rudder Freeway
College Station, TX 77845

Danhil Containers II, Ltd.
PO Box 2089
3715 Lucius McCelvey Dr.
Temple, TX 76503


De Lage Landen Financial Services, Inc.
PO Box 41602
Philadelphia, PA 19101-1602


De Lage Landen Financial Solutions
1111 Old Eagle School Rd.
Wayne, PA 19087


Dell Financial Services
Payment Processing Center
PO Box 5292
Carol Stream, IL 60197


Department of Admin Services
Finance & Admin Division
200 Piedmont Ave, S.E., Ste. 1820
West Tower
Atlanta, GA 30334-9010


Department of General Services
Procurement Division - CMAS Unit
Attn: Quarterly Report Processing
PO Box 989052, MS # 202
West Sacramento, CA 95798-9052


Dillard Law Firm
PO Box 5450
Bryan, TX 77805


Eastex Products, Inc.
71 Armstrong Rd.
Plymouth, MA 02360

ER-GO, Inc.
PMB 296, 1353 Rd. 19
Guaynabo, PR 00966


eReplacementParts.com LLC
7036 S. High Tech Dr.
Midvale, UT 84047


Ergonomic Accessories Int'l Corp
1166 Gorham St., Unit 2
Newmarket, ON L3Y 8W4
CANADA


Fast-Spec, Inc.
475 Dodson
Arlington, TX 76012


Fed Ex
PO Box 94515
Palatine, IL 60094-4515


Fed Ex Freight West, Inc.
Dept CH
PO Box 10306
Palatine, IL 60055-0306


Federal Insurance Company
Capital Center
251 N Illinois, Ste. 1100
Indianapolis, IN 46204-1927


Fiber Pad, Inc.
PO Box 690660
Tulsa, OK 74169-0660

Fine Line Production
2221 Regal Pkwy.
Euless, TX 76040


Frank Sirch dba FJS Associate
18 Chadwich Dr.
Voorhees, NJ 08043


General Pattern Co., Inc.
3075 84th Lane NE
Blaine, MN 55449


General Security Indemnity Company of
Arizona
28 Liberty St., Ste. 5400
New York, NY 10005


GeoVera Specialty Insurance Company
1455 Oliver Rd.
Fairfield, CA 94534


Gibraltar, Inc.
421 N. Centennial St.
Zeeland, MI 49464


Grainger
Dept 82302616
PO Box 419267
Kansas City, MO 64141-6267


Green Teams, Inc.
731 Industrial Blvd.
Bryan, TX 77803

Griffith Contract Group, LLC
4110 W. 89th St.
Prairie Village, KS 66207


Gross Stabil
PO Box 368
100 Gross Dr.
Coldwater, MI 49036


Group Dekko, Inc.
PO Box 932319
Atlanta, GA 31193-2319


Harris Richardson Representatives, LLC
1200 Conveyor
Dallas, TX 75247


Haynes and Boone, LLP
PO Box 841399
Dallas, TX 75284-1399


HDI Global Specialty SE
Attn: Ralph Beutter
Roderbruchstrasse 26
30655 Hannover
GERMANY


Henkel Corporation
PO Box 281666
Atlanta, GA 30384-1666


Humana
PO Box 14209
Lexington, KY 40512-4209

Ice Miller
250 West St., Ste. 700
Columbus, OH 43215


IMA Waldman
6200 LBJ Freeway, Ste. 200
Dallas, TX 75240


Indian Harbor Insurance Company
505 Eagleview Blvd., Suite 100
Dept: Regulatory
Exton, PA 19341-1120


Interface Teknit Inc.
PO Box 206435
Dallas, TX 75320-6435


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101


IPFS Corporation
24722 Network Pl.
Chicago, IL 60673-1247


Ivars USA
2803 S. Taylor Dr.
Sheboygan, WI 53081


Jaye Congleton
13065 Valley Circle
College Station, TX 77845

Jenkinsdesign, LLC
4 Panorama Crest Ave.
Las Vegas, NV 89135


Jennifer Shoemaker Interiors, Inc. dba
Interior Prooduct Collective
21524 Pinehurst Ave.
Elkhorn, NE 68022


Journey Freight Montreal
18100 Transcanada
Kirkland, QC H9J 4A1
CANADA

JPMorgan Chase Bank, N.A.
1111 Polaris Pkwy.
Columbus, OH 43240-2050


JPMorgan Chase Bank, N.A.
303 North Market
Brenham, TX 77833


KBM Office Equipment
250 Montgomery St., Ste. 1400
San Francisco,CA 94104


Kin, Inc.
18114 NE 27th St.
Redmond, WA 98052


Knape & Vogt Manufacturing
PO Box 74007580
Chicago, IL 60674-7580

Laird Plastics Inc.
PO Box 934226
Atlanta, GA 31193-4226


Lange Distributing Co, Inc.
PO Box 3457
Bryan, TX 77805


Lawrence E. Cadotte
8344 Fox Bay Dr.
White Lake, MI 48386


Leggett & Platt Office Components
PO Box 952092
Main Post Office
Saint Louis, MO 63195-2092


Lexington Insurance Company
99 High St.
Boston, MA 02110


Louisiana Department of Revenue
PO Box 201
Baton Rouge, LA 70821


M Ketcham Assoc
1369 Spruce Dr., #2101
Minneapolis, MN 55403


Mark Rubba
52 French Crescent
Holland Landing, ON L9N 1J9
CANADA

Mary J. Harrison
6351 S FM 2038
Bryan, TX 77808


Material Bank
PO Box 75076
Chicago, IL 60675


Materials Analytical Services sba MAS
3945 Lakefield Ct.
Suwanee, GA 30024


Matrex
PO Box 952092
Saint Louis, MO 63195-2092


Mayer-Paetz, Inc.
500 S. Kitley Ave.
Indianapolis, IN 46219


MC Associes
206 Rue des Melezes
Gatineau, QC J9J 1V5
CANADA


McMaster Carr
PO Box 7690
Chicago, IL 60680


Medicare Premium Collection Center
PO Box 790355
Saint Louis, MO 63179-0355

Metalworks, Inc.
Dept for Lockbox 9521-11
PO Box 30516
Lansing, MI 48909-8016


Michael Wallace Morgan dba Morgan Assoc
17 Riviera Dr.
Hattiesburg, MS 39402


Mimecast North America, Inc.
Department CH 10922
Palatine, IL 60055-0922


Momentum Textiles, Inc.
PO Box 848237
Los Angeles, CA 90084-8237


Mountain Contract Group
8610 Zircon Way
Arvada, CO 80007


MRG Carolinas Inc.
854 Shore View Dr.
Columbia, SC 29212


MSC Industrial Supply Co.
PO Box 953635
Saint Louis, MO 63195-3635


My Florida Market Place
PO Box 5497
Tallahassee, FL 32314

National Business Furniture, LLC
770 S. 70th St.
Milwaukee, WI 53214


NGIN, LLC
PO Box 4951
Bryan, TX 77805


Nolan Transportation Group, Inc.
PO Box 931184
Atlanta, GA 31193-1184


North Carolina Department of Revenue
PO Box 25000
Raleigh, NC 27640-0700


Northfield Metal Products
L&P Financial Services
c/o US Bank
PO Box 952092
Saint Louis, MO 63195


Norton Lifelock
PO Box 743560
Los Angeles, CA 90074-3560


NST Falls Creek, Inc. dba Netshape
Technologies Inc.
2691 Solution Center
Chicago, IL 60677


Old Republic Union Insurance Company
370 N. Michigan Ave.
Chicago, IL 60601

Optimal Logistics
202 W. Main St., S-200
Allen, TX 75013


Panel Specialists, Inc.
PO Box 968
Temple, TX 76503


Paul Brayton Designs
PO Box 1036
Charlotte, NC 28201


Paul Rubba
76 Marcy Cr.
Cambridge, ON N3C 4H5
CANADA


Paula Overall
4401 Colony Chase Dr.
Bryan, TX 77808


Penske Truck Leasing Co
7625 Morgantown Rd.
Reading, PA 19607


Perma-Type Rubber Co
83 Northwest Dr.
Plainville, CT 06062


Principal Financial Group
Des Moines, IA 50392-0002

Professional Trash Valet, LLC
3515 B Longmire Dr., Ste. 205
College Station, TX 77845


QBE Specialty Insurance Company
88 Pine Street, 16th Floor
Wall Street Plaza
New York, NY 10005


Quadient Finance
PO Box 6813
Carol Stream, IL 60197-6813


Quality Plywood, Inc.
PO Box 187
Waynesboro, MS 39367


Quill Corp
PO Box 37600
Philadelphia, PA 19101-0600


Quilling, Selander, Lownds, Winslett
& Moser, P.C.
Attn: Gregory M. Sudbury
2001 Bryan St., Ste. 1800
Dallas, TX 75201


Rebecca E. Boenigk
4104 Lakeland
College Station, TX 77845


Receiver General
Canada Revenue Agency Tax Center
Summerside, PE C1N 6A2
CANADA

Richard W. Lucas dba RWL Landscaping
4117 Bedford
Bryan, TX 77802


Robertson & Lewis
Attn: Wm. Thomas Lewis
PO Box 1257
Gilroy, CA 95021-1257


Sandy Kay Capek
5119 Congressional Dr.
College Station, TX 77845


ScanTexas
6 Wiltshire Ct.
Lucas, TX 75002


Scarbrough International, Ltd.
10841 NW Ambassador Dr.
Kansas City, MO 64153


Scott W Kennedy dba KSPX
591 Dunnbridge Dr.
Webster, NY 14580


Sculptural Spaces Inc.
26491 Marsala Way
Mission Viejo, CA 92692


Sharon Holtkamp
PO Box 375
Brenham, TX 77834

Skaar Furniture Associates
dba Knak Group
PO Box 411737
San Francisco, CA 94141-1737


Southern Carlson, Inc.
PO Box 744372
Atlanta, GA 30374-4372


Southwestern Foam Technology
PO Box 240
1106 Industrial Park Rd.
Belton, TX 76513


Spradling International
PO Box 1668
Pelham, AL 35124


State of Alabama, Revenue Department
PO Box 327790
Montgomery, AL 36132-7790


State Purchasing Bureau
c/o Central Finance, Admin. Services
1526 K St., Ste. 190
Lincoln, NE 68508


Steadfast Insurance Company
1299 Zurich Way
Schaumburg, IL 60196


Steve Harvey Law
1880 John F. Kennedy Blvd., Ste. 1715
Philadelphia, PA 19103

Suddenlink
PO Box 70340
Philadelphia, PA 19176-0340


Synergy Product Development
5037 68th St. SE
Caledonia, MI 49316


T2W, LLC
802 Paint Brush
Temple, TX 76502


TAGCO Associates, LP
PO Box 4133
Bergheim, TX 78004


Texas Commercial Waste
PO Box 645
Bryan, TX 77806


Texas Comptroller of Public Accounts
Revenue Accounting Div- BK Section
P.O. Box 12548, MC-008
Austin, TX 78711


Texas Department of Transportation
Attn: Financial Management - Revenue
PO Box 149001
Austin, TX 78714-9001


Texas Mutual Insurance Company
PO Box 841843
Dallas, TX 75284-1843

Texas Mutual Insurance Company
PO Box 12058
Austin, TX 78711-2058


Texas Workforce Commission
PO Box 12548, MC-008
Austin, TX 78711-2548


The Cincinnati Insurance Company
PO Box 14529
Cincinnati, OH 45250-0529


The Guardian Life Insurance Company
of America
7 Hanover Square
New York, NY 10004


Total Quality Logistics
PO Box 634558
Cincinnati, OH 45263-4558


Transverse Specialty Insurance Company
155 Village Blvd., Ste. 205
Princeton, NJ 08540


Travelers
Attn: Consumer Affairs
One Tower Square
Hartford, CT 06183


Travelers Indemnity Company
Travelers CL Remittance Center
PO Box 660317
Dallas, TX 75266

Tyco Integrated Security LLC dba Johnson
Controls
PO Box 371967
Pittsburgh, PA 15250


U.S. Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935


UBEO of East Texas Inc.
PO Box 790448
Saint Louis, MO 63179-0448


Ulett & Associates, Inc.
1480 Potawatomi Rd.
Grayslake, IL 60030


Uline
PO Box 88741
Chicago, IL 60680-1741


Ultrafabrics, Inc.
PO Box 844254
Boston, MA 02284-4254


United Specialty Insurance Company
1900 L. Don Dodson Drive
Bedford, TX 76021


VSS Logistics dba Triumph Business
Capital
c/o Advance Business Capital
PO Box 610028
Dallas, TX 75261

Washington State Dept of Revenue
PO Box 34054
Seattle, WA 98124


Wesko Locks Ltd.
4570 Eastgate Pkwy.
Mississauga, ON L4W 3W6
CANADA


Workrite Ergonomics
PO Box 741346
Los Angeles, CA 90074-1346


XPO Logistics Freight, Inc.
417 Palasota Dr.
Bryan, TX 77803


Young Corp of America
10888 San Sevaine Way, Unit F
Jurupa, CA 91752

# United States Bankruptcy Court
## Southern District of Texas

In re  **Neutral Posture, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Neutral Posture, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November  1, 2021**

Date

**/s/ Tom A. Howley**

**Tom A. Howley 24010115**

Signature of Attorney or Litigant

Counsel for  **Neutral Posture, Inc.**

**HOWLEY LAW PLLC**
**Pennzoil Place – South Tower 711**
**Louisiana Street Suite 1850 Houston,**
**Texas 77002**
**Phone: 713-333-9125**
**tom@howley-law.com**