**EXHIBIT A**
Asset Values

**NEUTRAL POSTURE, INC.**
3904 N. Texas Avenue
Bryan, Texas 77803

**EFFECTIVE:** May 14, 2020

| BTA # | ASSET DESCRIPTION | REM. USEFUL LIFE (YEARS) | F/L VALUE |
|---|---|---|---|
| 1 | STEP BEAMS FOR RACKS | 8 | 200.00 |
| 2 | FRAMES FOR RACKS | 8 | 250.00 |
| 3 | VICTOR 1440B LATHE | 8 | 1,200.00 |
| 4 | SEWING MACHINE (PRODUCTION) | 5 | 400.00 |
| 5 | DASHEW - FABRIC SAW | 5 | 800.00 |
| 6 | DRILL PRESS AND VISE | 5 | 100.00 |
| 7 | L BAR SEALER SHRINK WRAPPER | 5 | 1,500.00 |
| 8 | NEW SEWING MACHINE (ENGINEERING) | 5 | 100.00 |
| 9 | 2 SWINEY SEWING MACHINES (PRODUCTION) | 5 | 1,000.00 |
| 10 | PLANET INTERNATIONAL MDL. MT1600D ANSI/BIFMA TEST MACHINE, SN: 167 | 8 | 2,500.00 |
| 11 | DANMAR - AIR DRYER BLOWERS | 5 | 300.00 |
| 12 | HISCO - STRAPPING MACHING | 5 | 300.00 |
| 13 | 2003, AUTOPAC 300 ARCH STRAPPING MACHINE, SN: 3027157 | 5 | 2,800.00 |
| 14 | 3M-MATIC MDL. 19500 CASE SEALING SYSTEM, SN: 1104 | 5 | 2,800.00 |
| 15 | PAPER SHREDDER | 5 | 100.00 |
| 16 | UNIMOVE MDL. CM700 VACUUM LIFT SYSTEM | 8 | 3,000.00 |
| 17 | GORBE CRANE | 8 | 800.00 |
| 18 | AAMSTAMP IMPRINT MACHINE M-2000 | 5 | 900.00 |
| 19 | SWINEY SEWING MACHINE | 5 | 300.00 |
| 20 | ICE MACHINE - SUPERIOR | 5 | 500.00 |
| 21 | BAND SAW | 8 | 300.00 |
| 22 | AIR COMP OIL/WATER SEPARATOR | 8 | 200.00 |
| 23 | AIR COMP - AIR RECEIVER | 8 | 1,000.00 |
| 24 | GARDNER DENVER MDL. EBM99M-75 ROTARY SCREW AIR COMPRESSOR, SN H552612 | 8 | 8,500.00 |
| 25 | GARDNER DENVER MDL. EBM99M-75 ROTARY SCREW AIR COMPRESSOR, SN S455729 | 8 | 8,500.00 |
| 26 | AIR COMP DRYER | 8 | 1,800.00 |
| 27 | CROWN MDL. C-5 FORKLIFT, SN: 9A203569 | 8 | 5,500.00 |
| 28 | CHILLER (FOR LINE 5 & 6) | 8 | 2,000.00 |
| ■ | ■ | ■ | ■ |
| 30 | LINE #2, YODER MDL. M2 11 ROLLFORMER, CONSISTING OF BUT NOT LIMITED TO THE FOLLOWING: (3) ROLL MILLS (26-HEADS TOTAL), FLYWHEEL CRANK PRESS, (2) HYDRYAULIC PRESSES, COIL WELDER, UNCOILER, STRAIGHTENER, CHILLER, (2) HYDRAULIC PUMPS, NOTCHING STATIONS, SIDE CUT, CUT-OFF STATION, STACKER & COOLING TANKS | 10 | 50,000.00 |
| 34 | LINE #3, 2015 ROLLFORMER (21-HEAD) HYDRAULIC PRESS STATION, 100-TON FLYWHEEL PRESS, GUILD WELDER, UNCOILER | 10 | 40,000.00 |
| 31 | NEW COMPUTER CONTROLS FOR LINES 5 (VALUED WITH ROLLFORMING LINES) | N/A | - |
| 32 | NEW COMPUTER CONTROLS FOR LINES 6 (VALUED WITH ROLLFORMING LINES) | N/A | - |



**EXHIBIT A**
Asset Values

**NEUTRAL POSTURE, INC.**
3904 N. Texas Avenue
Bryan, Texas 77803

**EFFECTIVE:** May 14, 2020

| BTA # | ASSET DESCRIPTION | REM. USEFUL LIFE (YEARS) | F/L VALUE |
|---|---|---|---|
| 33 | FAM LINES #1 & #2, CONSISTING OF BUT NOT LIMITED TO THE FOLLOWING: (2) ROBOTIC WELDERS, (2) FABRIC APPLICATION MACHINES, GRINDER, ROLL COATER AND SPRAY SYSTEM, ASSEMBLY LIFTS, WALL SAW, & (3) TORIT OVERHEAD VENTILATION SYSTEMS | 10 | 45,000.00 |
| 35 | COPIER | 5 | 500.00 |
| 36 | ALLIANT MILL, W/ DRO AND TOOLING | 10 | 2,500.00 |
| 37 | ESD TESTER | 10 | 75.00 |
| 38 | PRESSURE MAPPER | 10 | 100.00 |
| 39 | PIPE BENDER | 10 | 50.00 |
| 40 | BENCH GRINDER | 10 | 30.00 |
| 41 | ENG TOOL BOXES | 10 | 400.00 |
| 42 | POWER TOOLS | 8 | 800.00 |
| 43 | MEASURING EQUIPMENT | 8 | 200.00 |
| 44 | SHOP VAC | 5 | 25.00 |
| 45 | BIFMA WEIGHTS | 10 | 50.00 |
| 46 | PART MEASURING ANILAM DRO TABLE | 8 | 500.00 |
| 47 | MITER SAW WITH BENCH | 8 | 200.00 |
| 48 | RIDGID VERTICAL BAND SAW | 8 | 300.00 |
| 49 | STEEL STRAP CART | 8 | 200.00 |
| 50 | POLYMER STRAP CART | 8 | 200.00 |
| 51 | DRILL PRESS | 8 | 50.00 |
| 52 | LINE TOOL BOXES | 8 | 300.00 |
| 53 | MILWAUKEE PANEL SAW WITH ACC 6480-20 | 8 | 700.00 |
| 54 | LINCOLN 255C WELDER | 8 | 700.00 |
| 55 | SCOTCHMAN 6509 IRONWORKER PRESS, 65-TON, SN: 4092M394 | 10 | 7,000.00 |
| 56 | SWAMP COOLER | 5 | 150.00 |
| 57 | MILLER 250C | 8 | 700.00 |
| 58 | DIE CART | 10 | 600.00 |
| 59 | 3X SHOP FANS | 5 | 450.00 |
| 60 | RIGID 300 PIPE THREADER | 10 | 800.00 |
| 61 | TUBE ASSEMBLY PRESS | 8 | 1,000.00 |
| 62 | PIPE CUTOFF SAW | 8 | 200.00 |
| 63 | 1971, BLISS PRESS, 35 TON, SN: H62700 | 10 | 1,600.00 |
| 64 | BENCH GRINDER | 8 | 25.00 |
| 65 | 2X SCISSOR SHARPENERS | 8 | 800.00 |
| 66 | RECIPROCATING SAW | 8 | 25.00 |
| 67 | HANDHELD BAND SAW | 8 | 150.00 |
| 68 | HAMMER DRILL | 5 | 50.00 |
| 69 | FABRIC CAROUSEL | 8 | 1,500.00 |



**EXHIBIT A**
Asset Values

**NEUTRAL POSTURE, INC.**
3904 N. Texas Avenue
Bryan, Texas 77803

**EFFECTIVE:** May 14, 2020

| BTA # | ASSET DESCRIPTION | REM. USEFUL LIFE (YEARS) | F/L VALUE |
|---|---|---|---|
| 70 | SHOP VAC | 5 | 25.00 |
| 71 | BIFMA DROP TESTER | 8 | 400.00 |
| 72 | BEAD BLAST CABINET | 8 | 75.00 |
| 73 | CARDBOARD COMPACTOR | 8 | 2,200.00 |
| 74 | KRANCO OVERHEAD CRANE, 5-TON | 10 | 4,000.00 |
| 75 | SMALL DIE CART | 10 | 25.00 |
| 76 | BENCH GRINDER | 5 | 25.00 |
| 77 | ARBOR PRESS | 10 | 50.00 |
| 78 | 4X HAND CARTS | 5 | 100.00 |
| 79 | 5X PALLET JACKS | 5 | 625.00 |
| 80 | WIP CARTS | 5 | 600.00 |
| 81 | PALLET SCALE | 5 | 300.00 |
| 82 | 2X MOBILE LADDERS | 8 | 800.00 |
| 83 | 2019, TAILIFT MDL. ZFBT18 ELECTRIC 3-WHEEL FORKLIFT, SN: ZTT00173 | N/A | FINANCED |
| 84 | T-NUT INSERTER | 8 | 200.00 |
| 85 | AST. PRESSES | 3 | 200.00 |
| 90 | SAMUAL STRAPPING MACHINE | 8 | 1,200.00 |
| 91 | TOYOTA MDL. 5FBE15 ELECTRIC 3-WHEEL FORKLIFT, SN: 33992 | 8 | 2,200.00 |
| 92 | (108) SECTIONS OF PALLET RACKING | 10 | 8,100.00 |
| 93 | TOTAL: | | |

