| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 90383494 | 6507172 | CONNEXION | TSDR | LIVE |
| 2 | 90380473 | 6506953 | NTUNE | TSDR | LIVE |
| 3 | 90380546 | | GUARDIAN | TSDR | LIVE |
| 4 | 88110933 | 5771531 | TEQUITY | TSDR | LIVE |
| 5 | 87007765 | 5148243 | RENATI | TSDR | LIVE |
| 6 | 87832136 | 5585563 | ULIUS | TSDR | LIVE |
| 7 | 87832128 | 5585562 | KNOMI | TSDR | LIVE |
| 8 | 87832109 | 5585560 | ROVI | TSDR | LIVE |
| 9 | 86035548 | 4470992 | NEUTRAL POSTURE | TSDR | LIVE |
| 10 | 86950178 | 5661828 | ICON | TSDR | LIVE |
| 16 | 85842234 | 4399957 | FRING | TSDR | LIVE |
| 17 | 85660219 | 4297755 | COZI | TSDR | LIVE |
| 18 | 85481734 | 4219463 | U4IA | TSDR | LIVE |
| 19 | 85156265 | 3981129 | CHAIRS THAT CARE | TSDR | LIVE |
| 20 | 85033131 | 3994947 | RIGHT CHAIR | TSDR | LIVE |
| 21 | 78513834 | 3243561 | STANDUP | TSDR | LIVE |
| 22 | 78753543 | 3221867 | NEXTEP | TSDR | LIVE |
| 23 | 78513712 | 3164627 | N·DULGENT | TSDR | LIVE |
| 26 | 78315240 | 2881867 | ABCHAIR | TSDR | LIVE |
| 27 | 78315228 | 2881866 | ABSTOOL | TSDR | LIVE |
| 36 | 77412751 | 3588676 | ELEMENTAL 13 ALUMINUM | TSDR | LIVE |
| 39 | 75850695 | 2696118 | IGOERGO | TSDR | LIVE |
| 46 | 74218512 | 1763700 | EQUITY | TSDR | LIVE |
| 48 | 74239043 | 1725745 | NEUTRAL POSTURE | | |

**EXHIBIT TO SCHEDULE A/B #60**

| | | |
|---|---|---|
| Neutral Posture® Chair | U.S. Patent #4,552,404 | |
| AbStool® | U.S. Patent #6,877,812 | U.S. Patent #7,104,606 |
| 360° Adjustable Arms | U.S. Patent #6,296,312 | |
| Adjustment Guide | U.S. Patent #D458,777 | |
| Balance™ | U.S. Patent #D541,061 | |
| Connexion® Arm | U.S. Patent #8,955,905 | |
| ElementAl® | U.S. Patent #D588,145 | |
| Fring® Footrest | U.S. Patent #6,142,571 | U.S. Patent #6,607,246 |
| Inflatable Lumbar | U.S. Patent #6,220,663 | U.S. Patent #6,290,295 |
| Keyboard Tray | U.S. Patent #D463,441 | |
| NeXtep® | U.S. Patent #7,036,886 | |
| N•Position™ | U.S. Patent #D557,513 | |
| StandUp® | U.S. Patent #7,048,236 | |
| Cover for a Seating Device | U.S. Patent #D647,353 | |