**EXHIBIT TO SOFA #4**

| Date | Number | Currency | Amount |
|---|---|---|---|
| 10/13/2021 | 301993 | USD | 1,258.33 |
| 9/8/2021 | 301806 | USD | 113,170.37 |
| 8/19/2021 | 301698 | USD | 500.00 |
| 8/11/2021 | 301647 | USD | 2,348.66 |
| 7/14/2021 | 301507 | USD | 1,161.03 |
| 6/17/2021 | 301443 | USD | 546.00 |
| 6/9/2021 | 301409 | USD | 51,377.20 |
| 5/12/2021 | 301273 | USD | 34,031.68 |
| 4/14/2021 | 301131 | USD | 53,040.34 |
| 3/10/2021 | 300922 | USD | 21,481.53 |
| 2/10/2021 | 300793 | USD | 48,630.05 |
| 1/14/2021 | 300654 | USD | 29,149.48 |
| 12/9/2020 | 300490 | USD | 58,145.32 |
| 11/4/2020 | 300312 | USD | 75,494.40 |
| 10/20/2020 | 300213 | USD | 36,548.90 |

10/20/2020 – Minimum payment for cards ending in #6462 ($35.00) and #4764 ($358.00), as well as full payment towards #8433 ($36,155.90)

11/4/2020 – Discover ($3,627.04), Caesars ($23,622.31), AMEX ($24,547.43), Cap One ($21,235.00), Citi ($2,462.62)

12/9/2020 – Cap One ($26,916.49), AMEX ($19,137.15), Citi ($10,934.16), Caesars ($676.27), Anne McKibben ($481.25)

1/14/2021 – AMEX ($13,174.66), Caesars ($8,414.59), Citi ($6,056.05), Cap One ($1,504.18)

2/10/2021 – Cap One ($20,605.64), Caesars ($16,531.57), AMEX ($11,398.77), Citi ($94.07)

3/10/2021 – AMEX ($10,886.68), Cap One ($8,780.89), Caesars ($1,813.96)

4/14/2021 – Cap One ($18,736.50), AMEX ($12,150.73), Citi ($12,021.80), Caesars ($9,615.55), Discover ($515.76)

5/12/2021 – Caesars ($15,998.66), Cap One ($10,291.16), AMEX ($7,741.86)

6/9/2021 – AMEX ($18,696.52), Cap One ($21,248.64), Citi ($10,059.13), Discover ($1,372.91)

6/17/2021 – Caesars ($546.00) This was the minimum payment.

7/14/2021 – Caesars Min Pay ($677.00), Cap One Min Pay ($211.00), AMEX Min Pay ($128.03), Citi Min Pay ($93.00), Discover Min Pay ($52.00)

8/11/2021 – AMEX min pay ($749.88), Caesars min pay ($694.00), Cap One min pay ($579.00), Citi min pay ($271.78), Discover min pay ($54.00)

8/19/2021 – Cap One extra payment ($500.00)

9/8/2021 – Citi ($15,037.18), Discover ($2,851.99), Cap One ($34,316.46), Amex ($31,794.15), Caesars ($29,170.59)

10/13/2021 – Amex min pay ($537.22), Caesars ($304.28), Cap One min pay ($301.00), Citi full balance ($88.46), Discover full balance ($27.37)