**Check History Summary Report**

Neutral Posture Inc   (109531)

**EXHIBIT TO SOFA #30**

Check History For:

Boenigk, Rebecca[102]

| | | | |
|---|---|---|---|
| Check Date From | 10/15/2020 | Check Date To | 10/15/2021 |
| Reg Hours | 1,994.06 | Reg Pay | $99,211.06 |
| OT Hours | 0.00 | OT Pay | $0.00 |
| Other Hours | 112.00 | Other Pay | $12,659.39 |
| Total Hours | 2,106.06 | Gross Pay | $104,988.70 |
| Taxes | $23,633.27 | Net Pay | $70,483.03 |
| Deductions | $15,969.32 | Direct Deposit | $70,483.03 |
| | | Net Check | $0.00 |

| Description | Hours or Taxable | Amount |
|---|---|---|
| Dir Dep 216807362 | 0.00 | $70,483.03 |
| 401k | 0.00 | $15,163.32 |
| Accident Ins | 0.00 | $333.50 |
| ER Cost of Dental | 0.00 | $631.75 |
| ER Cost of Medical | 0.00 | $6,250.00 |
| FFCRA Medicare Credit | 2,799.89 | ($40.59) |
| FFCRA Medical Premium Credit | 2,799.89 | ($161.52) |
| FFCRA SS Credit | 2,799.89 | ($173.59) |
| FFCRA Wage Credit | 2,799.89 | ($2,799.88) |
| FFCRA Paid Sick Pay-Self | 56.00 | $2,799.89 |
| Federal Income Tax | 89,825.38 | $10,504.67 |
| Fed Unemployment | 7,000.00 | $42.00 |
| Holiday | 56.00 | $2,977.75 |
| Life Lock | 0.00 | $318.75 |
| Medicare | 104,988.70 | $1,522.36 |
| Medicare - Employer | 104,988.70 | $1,522.27 |
| Regular | 1,994.06 | $99,211.06 |
| OASDI | 104,988.70 | $6,509.32 |
| OASDI - Employer | 104,988.70 | $6,509.35 |
| Texas SITW | 89,825.38 | $0.00 |
| Texas Obligation Assessment | 9,000.00 | $0.00 |
| TX Employment and Training Investment Assessment | 9,000.00 | $8.99 |
| Texas SUI | 9,000.00 | $189.89 |
| Vision Post Tax | 0.00 | $153.75 |

Paylocity Corporation  (847) 956-4850  Fax (847) 956-1926

Run Date: 10/19/2021

Run Time: 12:26 PM

User Id: 102

PrintCheckHistorySummary v1.00

# Check History Summary Report

Neutral Posture Inc   (109531)

Page 1 of 1

Check History For:

Congleton, Jaye[101]

|  |  |  |  |
|---|---:|---|---:|
| Check Date From | 10/15/2020 | Check Date To | 10/15/2021 |
| Reg Hours | 1,486.87 | Reg Pay | $17,338.50 |
| OT Hours | 0.00 | OT Pay | $0.00 |
| Other Hours | 56.00 | Other Pay | $770.50 |
| Total Hours | 1,542.87 | Gross Pay | $17,800.00 |
| Taxes | $3,486.83 | Net Pay | $15,524.34 |
| Deductions | $414.00 | Direct Deposit | $15,524.34 |
|  |  | Net Check | $0.00 |

| Description | Hours or Taxable | Amount |
|---|---:|---:|
| Dir Dep 46200508 | 0.00 | $15,524.34 |
| ER Cost of Dental | 0.00 | $309.00 |
| FFCRA Medicare Credit | 0.00 | $0.00 |
| FFCRA Medical Premium Credit | 0.00 | $0.00 |
| FFCRA SS Credit | 0.00 | $0.00 |
| FFCRA Wage Credit | 0.00 | $0.00 |
| Federal Income Tax | 17,704.75 | $507.25 |
| Fed Unemployment | 7,000.00 | $42.00 |
| Holiday | 56.00 | $461.50 |
| Life Lock | 0.00 | $318.75 |
| Medicare | 17,704.75 | $256.72 |
| Medicare - Employer | 17,704.75 | $256.70 |
| Regular | 1,486.87 | $17,338.50 |
| OASDI | 17,704.75 | $1,097.69 |
| OASDI - Employer | 17,704.75 | $1,097.48 |
| Texas SITW | 17,704.75 | $0.00 |
| Texas Obligation Assessment | 9,000.00 | $0.00 |
| TX Employment and Training Investment Assessment | 9,000.00 | $9.00 |
| Texas SUI | 9,000.00 | $219.99 |
| Vision | 0.00 | $95.25 |

Paylocity Corporation  (847) 956-4850  Fax (847) 956-1926

Run Date: 10/19/2021

Run Time: 12:28 PM

User Id: 101

PrintCheckHistorySummary v1.00