| | 020  Neutral Posture, Inc | | | |
| --- | --- | --- | --- | --- |
| | All | | | |
| Currency : USD | Unprocessed : Yes | | | |
| Report : All - Year | Date : 1/1/2021 - 8/31/2021 | | | |
| | GL account | Description | Debit (2021) | Credit (2021) |
| **Balance sheet** | | | | |
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| | Total Cash & Cash Equivalents | | 871,698 | |
| | Total Accounts Receivable, Net | | 581,079 | |
| | Total Inventory | | 2,298,466 | |
| | Total Prepaid & Other | | 50,062 | |
| **Total: Current Assets** | | | 3,801,305 | |
| **Property & Equipment, Net** | | | | |
| | Total Prop & Equip | | 4,744,010 | |
| | Total Accum Depreciation | | | 3,750,183 |
| **Total: Property & Equipment, Net** | | | 993,826 | |
| **Other Non-Current Assets** | | | | |
| | Total Intangibles, Net | | 597,222 | |
| | Total Patents, Net | | 9,254 | |
| | Total Design Plans, Net | | | 0 |
| | Total Notes Rec | Shareholders | 0 | |
| | Total Long | Term Investments | 4,904 | |
| | Total Other Non | Current Assets | 10,338 | |
| **Total: Other Non-Current Assets** | | | 621,718 | |
| **Total: ASSETS** | | | 5,416,849 | |
| **LIABILITIES AND EQUITY** | | | | |
| **Current Liabilities** | | | | |
| | Total Accounts Payable | | | 368,011 |
| | Total Accrued Expenses | | | 1,066,691 |
| | Total Current Portion of LT Debt | | | 2,050,652 |
| **Total: Current Liabilities** | | | | 3,485,353 |
| **Non-Current Liabilities** | | | | |
| | Total Long Term Debt, Less CP | | | 2,542,337 |
| **Total: Non-Current Liabilities** | | | | 2,542,337 |
| **Shareholders' Equity** | | | | |
| | Total Paid in Capital | | | 6,260,226 |
| | Total Retained Earnings | | 3,831,270 | |
| | Total Shareholder Distributions | | 898,857 | |
| | Total Treasury Stock | | 1,906,826 | |
| **Total: Shareholders' Equity** | | | 376,727 | |
| **Total: LIABILITIES AND EQUITY** | | | | 5,650,964 |
| **Cumulative Result** | | | 234,114 | |

| GL account | Description | Debit (2021) | Credit (2021) |
|---|---|---|---|

| GL account | Description | Debit (2021) | Credit (2021) |
|---|---|---|---|

| GL account | Description | Debit (2021) | Credit (2021) |
|---|---|---|---|