Neutral Posture, Inc.
Income Statement - 2021

| | | January | February | March | April | May | June | July | August | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | Sales & Other Income: | | | | | | | | | |
| 400 | Gross Sales - Seating/Acces | $400,701 | $314,611 | $429,681 | $419,400 | $358,664 | $504,035 | $367,691 | $497,098 | $3,291,880 |
| 401 | Gross Sales - Systems | $105,023 | $358,503 | $282,655 | $33,278 | $125,932 | $180,846 | $243,516 | $64,835 | $1,394,588 |
| 415 | Freight Charged Customer | $9,657 | $7,737 | $10,440 | $12,267 | $4,898 | $14,742 | $10,611 | $5,067 | $75,420 |
| 417 | Fuel Surcharge | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 418 | Teaming Admin Fee | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 419 | Teaming Revenue | $0 | $0 | $38,424 | $0 | $0 | $0 | $0 | $0 | $38,424 |
| 420 | Other Income (Expense) | $624,595 | $2,720 | $460 | $1,930 | $730 | $19,109 | $2,700 | $1,312 | $653,555 |
| | Net Sales | $1,139,975 | $683,572 | $761,660 | $466,875 | $490,224 | $718,731 | $624,519 | $568,311 | $5,453,867 |
| DM% | Cost of Sales: | $0 | $0 | $0 | $1 | $0 | $1 | $0 | $1 | $1 |
| 500 | Direct Material - Seating/Acces | $175,800 | $144,211 | $143,330 | $213,555 | $170,936 | $316,939 | $179,610 | $260,757 | $1,605,137 |
| 501 | Direct material - Systems | $71,105 | $152,553 | $127,850 | $24,398 | $67,374 | $67,805 | $73,703 | $50,372 | $635,160 |
| 505 | Freight Out | $58,652 | $55,842 | $90,392 | $58,731 | $57,542 | $49,438 | $73,886 | $58,258 | $502,741 |
| 510 | Freight In | $11,895 | $8,901 | $23,931 | $33,095 | $39,625 | $7,363 | $11,550 | $31,930 | $168,290 |
| 513 | Installation Expense | $10,610 | $9,083 | $13,494 | $14,706 | $13,611 | $12,340 | $10,790 | -$70,584 | $14,051 |
| 515 | Labor & Related | $92,035 | $109,131 | $115,097 | $99,433 | $103,814 | $83,544 | $96,845 | $107,532 | $807,431 |
| 520 | 401-K Expense | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 525 | HSA Contributions - Actual Medical | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 530 | Bonus Expense | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 535 | Depreciation & Amortization | $22,736 | $22,736 | $22,594 | $22,567 | $22,537 | $22,626 | $22,611 | $25,063 | $183,470 |
| 540 | Warranty Expense | $6,877 | $5,589 | $3,236 | $3,087 | $1,860 | $5,418 | $2,759 | $1,489 | $30,315 |
| 545 | Research & Development | $2,760 | $0 | $15,132 | $3,649 | $278 | $101 | $39 | $561 | $22,520 |
| 550 | Insurance | $9,055 | $3,549 | $1,334 | $29,027 | $17,418 | -$3,611 | $12,586 | $11,517 | $80,875 |
| 555 | Supplies | $13,544 | $6,400 | $2,757 | $8,853 | $5,036 | $421 | $3,643 | $6,727 | $47,382 |
| 560 | Scrap/Obsolete Inv. | $2,885 | $5,569 | $590 | $108 | $101 | $24 | $235 | $681 | $10,192 |
| 564 | Teaming COGS | $0 | $0 | $0 | $0 | $0 | -$56,556 | $0 | $1,012 | -$55,544 |
| 565 | Other COS | $14,323 | $8,635 | $9,337 | $12,872 | $8,844 | $6,716 | $7,244 | $3,439 | $71,411 |
| | Total Cost of Sales | $492,279 | $532,198 | $569,071 | $524,079 | $508,976 | $512,570 | $495,500 | $488,756 | $4,123,430 |
| | Gross Profit | $647,696 | $151,373 | $192,589 | -$57,204 | -$18,753 | $206,162 | $129,018 | $79,556 | $1,330,437 |
| GP% | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | Selling General & Admin: | | | | | | | | | |
| 600 | Wages & Related | $57,901 | $69,494 | $64,004 | $73,059 | $71,157 | $67,379 | $74,161 | $74,865 | $552,019 |
| 605 | 401-K Expense | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 610 | HSA Contributions - Actual Medical | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 615 | Bonus Expense | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 620 | Depreciation & Amortization | $8,319 | $8,319 | $8,307 | $8,305 | $8,302 | $8,310 | $8,308 | $8,152 | $66,321 |
| 625 | Internal M&E | $67 | $453 | $21 | $0 | $0 | $0 | $0 | $197 | $738 |
| 630 | Business Travel | -$52 | $145 | $4,914 | $29 | $7 | $40 | $4,450 | $2,831 | $12,364 |
| 635 | Marketing/Advertising | $1,519 | $1,330 | $2,386 | $1,998 | $1,694 | $1,681 | $1,694 | $1,658 | $13,960 |
| 640 | Commissions | $36,354 | $48,041 | $58,460 | $33,291 | $31,394 | $69,509 | $53,591 | $40,538 | $371,178 |
| 645 | Conventions | $0 | $0 | $0 | $636 | $0 | $0 | $130 | $0 | $766 |
| 650 | Showrooms | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 655 | Spiffs | $2,148 | $855 | $1,195 | $1,583 | $7,330 | $815 | $1,900 | -$2,875 | $12,951 |
| 660 | Novation & Dealer Rebates-Fees | $741 | $6,421 | $3,070 | $1,675 | $0 | $158 | $2,061 | $10 | $14,136 |
| 665 | Other Sales Expense | $2,245 | $1,510 | -$186 | $1,592 | $1,257 | $1,466 | $2,384 | $1,434 | $11,702 |
| 670 | Samples/Evals | $1,477 | $4,185 | $9,028 | $4,211 | $1,460 | $7,755 | -$4,949 | $0 | $23,167 |
| 680 | Bad Debt Expense | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 685 | Dues, Subscriptions & Licenses | $691 | $662 | $495 | $1,708 | $746 | $546 | $4,399 | $1,471 | $10,720 |
| 690 | Professional & Legal Fees | $2,084 | $4,787 | $459 | $7,709 | -$5,888 | $15,316 | $11,144 | $11,256 | $46,867 |
| 695 | Accounting Fees | $500 | $500 | $500 | $2,000 | $2,500 | $2,500 | $5,000 | $3,000 | $16,500 |
| 700 | Consulting Fees | $10,566 | $602 | $12,966 | $9,526 | $6,133 | $5,664 | $7,821 | $7,150 | $60,428 |
| 705 | Communication & Utilities | $7,998 | $6,499 | $4,478 | $7,685 | $4,028 | $5,773 | $7,356 | $6,004 | $49,820 |
| 715 | Office Expenses | $14,095 | $9,144 | $10,921 | $10,743 | $9,100 | $9,196 | $5,842 | $8,471 | $77,513 |
| 720 | Charitable Contributions | $0 | $1,710 | $132 | $181 | $339 | $0 | $1,233 | $0 | $3,596 |
| 725 | Insurance | $3,330 | $1,331 | $737 | $9,676 | $4,260 | $183 | $4,494 | $4,132 | $28,143 |
| 730 | Property Taxes | $8,000 | $8,000 | $8,000 | $8,000 | $9,682 | $8,000 | $8,000 | $8,000 | $65,682 |
| 740 | Financial Fees | $3,409 | $4,046 | $6,545 | $4,454 | $3,642 | $4,327 | $889 | $3,423 | $30,735 |
| 745 | Other SG&A | $18,784 | $3,963 | $4,095 | $4,868 | $1,253 | $2,390 | $706 | $2,611 | $38,669 |
| | Total SG&A | $180,179 | $181,996 | $200,527 | $192,930 | $158,395 | $211,008 | $200,614 | $182,328 | $1,507,976 |
| SGA% | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | Net Operating Inc(Loss) | $467,518 | -$30,622 | -$7,938 | -$250,134 | -$177,148 | -$4,846 | -$71,595 | -$102,773 | -$177,539 |
| NOI% | | $0 | $0 | $0 | -$1 | $0 | $0 | $0 | $0 | $0 |
| | Other Income(Expense): | | | | | | | | | |
| 800 | Interest Income | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 805 | Gain/(Loss) on Sale of Asset | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 810 | Misc. Income (Expense) | $19,418 | $28 | $0 | $0 | $0 | $0 | $0 | $0 | $19,446 |
| 815 | Translation Gain/Loss | $0 | $0 | $0 | -$6 | -$8 | -$3 | $2 | -$2 | -$16 |
| 820 | Interest Expenses | -$12,433 | -$12,790 | -$8,335 | -$8,537 | -$8,247 | -$8,182 | -$8,433 | -$9,048 | -$76,006 |
| | Total Other Inc(Exp) | $6,985 | -$12,762 | -$8,335 | -$8,543 | -$8,255 | -$8,185 | -$8,431 | -$9,050 | -$56,576 |
| | Income(Loss) before Tax | $474,503 | -$43,384 | -$16,273 | -$258,678 | -$185,402 | -$13,031 | -$80,026 | -$111,823 | -$234,114 |
| | Add back Depreciation and Amortization | $31,056 | $31,056 | $30,901 | $30,872 | $30,838 | $30,935 | $30,919 | $33,214 | $249,791 |
| | real income | | | | | | | | | $15,676 |