| Vendor # | Vendor | type | |
|---|---|---|---|
| SPOT01 | SPOT01 Cheryl Spott | E | CURRENT |
| BLUE06 | BLUE06 Lisa Blue | E | FORMER/CONTRACTOR |
| CAPE02 | CAPE02 Sandy Kay Capek | E | FORMER/CONTRACTOR |
| MAHA02 | MAHA02 Mary J. Harrison | E | FORMER/CONTRACTOR |
| MCKI01 | MCKI01 Anne R. McKibben | E | FORMER/CONTRACTOR |
| BOEN02 | BOEN02 Bobby Boenigk | E | CURRENT |
| OVER02 | OVER02 Paula Overall | E | FORMER/CONTRACTOR |
| | **total Employees** | | |

| Vendor # | Vendor | type |
|---|---|---|
| WATE01 | WATE01 Knape & Vogt Manufacturing | V |
| LEGG01 | LEGG01 Northfield Metal Products | V |
| PANE03 | PANE03 Panel Specialists, Inc. | V |
| HAYN01 | HAYN01 Haynes and Boone, LLP | V |
| SOUT13 | SOUT13 Southwestern Foam Technology | V |
| FINE04 | FINE04 Fine Line Production | V |
| FIBE02 | FIBE02 Fiber Pad, Inc. | V |
| IVAR01 | IVAR01 Ivars USA | V |
| DANH01 | DANH01 Danhil Containers II, Ltd | V |
| TEKN01 | TEKN01 Interface Teknit Inc. | V |
| FEDE06 | FEDE06 Fed Ex Freight West, Inc | V |
| GENE64 | GENE64 General Pattern Co., Inc | V |
| MOME01 | MOME01 Momentum Textiles, Inc. | V |
| WORK09 | WORK09 Workrite Ergonomics | V |
| LAIR01 | LAIR01 Laird Plastics Inc | V |
| fede09 | fede09 FedEx | V |
| DRSI01 | DRSI01 D & R Specialties, Inc | V |
| TOTA05 | TOTA05 Total Quality Logistics | V |
| Legg04 | Legg04 Leggett & Platt Office Components | V |
| NSTF01 | NSTF01 NST Falls Creek, Inc DBA Netshape Technologies Inc | V |
| VSSL02 | VSSL02 VSS Logistics Inc. | V |
| QUAL03 | QUAL03 Quality Plywood, Inc | V |
| PERM01 | PERM01 Perma-Type Rubber Co | V |
| CONN10 | CONN10 Conner Industries | V |
| ALEN01 | ALEN01 Alenco Holding Corporation dba Ply Gem Industries | V |
| MAYE01 | MAYE01 Mayer-Paetz, Inc | V |
| META04 | META04 Metalworks, Inc | V |
| 1RES01 | 1RES01 1 Resource Inc. | V |
| SYNE01 | SYNE01 Synergy Product Developement | V |
| XPOL01 | XPOL01 XPO Logistics Freight Inc | V |
| ULIN01 | ULIN01 Uline | V |
| CINC04 | CINC04 Cincinnati Insurance Company | V |
| BERN01 | BERN01 Bernardo Metal Products | V |
| LUCK05 | LUCK05 The Luck Company | V |
| AMIN01 | AMIN01 Amino Transport, Inc | V |
| EAST15 | EAST15 Eastex Products, Inc | V |
| NOLA03 | NOLA03 Nolan Transportation Group, Inc | V |
| ERGO25 | ERGO25 Ergonomic Accessories Int'l Corp. | V |
| JOUR03 | JOUR03 Journey Freight Montreal | V |
| SOUT33 | SOUT33 Southern Carlson, Inc. | V |
| TRAV40 | TRAV40 Travelers Indemnity Company | V |
| CFST01 | CFST01 CF Stinson Inc. | V |
| EXPR06 | EXPR06 Express Services, Inc | V |
| KSPX01 | KSPX01 Scott W Kennedy dba KSPX | V |

**EXHIBIT A**

| Code | Name | |
|---|---|---|
| CURB01 | CURB01 Curbell Plastics | V |
| GROS01 | GROS01 Gross Stabil | V |
| CLAR10 | CLAR10 Clarity Glass Wholesalers, LLC | V |
| CARP02 | CARP02 Carpin Manufacturing, Inc. | V |
| SYMN01 | SYMN01 Norton LifeLock | V |
| SPRA01 | SPRA01 Spradling International, Inc. | V |
| AIRC01 | AIRC01 All-Pro Fasteners, Inc. | V |
| MATE04 | MATE04 Material Bank | V |
| PAUL08 | PAUL08 Paul Brayton Designs | V |
| JENK02 | JENK02 Jenkinsdesign, LLC | V |
| MIME01 | MIME01 Mimecast North America, Inc | V |
| DMME01 | DMME01 D&M Metal Products | V |
| GLFS01 | GLFS01 All Integrated Solutions : Great Lakes Fasteners | V |
| RWLL01 | RWLL01 Richard W Lucas dba RWL Landscaping | V |
| COMT01 | COMT01 Comtrad | V |
| YOUN02 | YOUN02 Young Corp of America | V |
| SCAR03 | SCAR03 Scarbrough International. Ltd | V |
| WESK01 | WESK01 Wesko Locks Ltd | V |
| FAST03 | FAST03 Fast-Spec, Inc. | V |
| QUAD01 | QUAD01 Quadient Finance, formerly Neopost | V |
| QUIL01 | QUIL01 Quill Corporation | V |
| CTLL01 | CTLL01 CTL Leather | V |
| GIBR01 | GIBR01 Gibraltar, Inc | V |
| GFSO01 | GFSO01 Lange Distributing Co, Inc | V |
| QWES02 | QWES02 CenturyLink | V |
| MSCI01 | MSCI01 MSC Industrial Supply Co. | V |
| GROU05 | GROU05 Group Dekko, Inc | V |
| CAPI01 | CAPI01 Capitol City Upholstry Supply | V |
| ULTR01 | ULTR01 Ultrafabrics, Inc. | V |
| BISC01 | BISC01 Biscom, Inc | V |
| MCMA01 | MCMA01 McMaster Carr | V |
| UFPH01 | UFPH01 UFP HIllsboro, LLC | V |
| SAYP01 | SAYP01 Say Plastics, Inc | V |
| SOUT16 | SOUT16 Southeastern Freight Lines | V |
| GRAI02 | GRAI02 Grainger | V |
| BRAZ11 | BRAZ11 Brazos Valley Welding Supply | V |
| CHAS02 | CHAS02 Chase Card Services | V |
| EREP01 | EREP01 eReplacementParts.com LLC | V |
| OLDD01 | OLDD01 Old Dominion Freight Line | V |
| CENT14 | CENT14 Central Freight Lines - Dallas | V |
| FEDE23 | FEDE23 Fedex Trade Networks Can Inc | V |
| MOSE01 | MOSE01 Mosehart-Schleeter Co, Inc | V |
| TMUT01 | TMUT01 Texas Mutual Insurance Company | V |
| MACO01 | MACO01 Exact Software North America, Inc. | V |
| LIND01 | LIND01 Bruce M. Lindsay dba Lindsay Communications | V |
| ACCU01 | ACCU01 Aldinger Company | V |
| BRYA14 | BRYA14 Bryan Utilities | V |
| CURT01 | CURT01 Taylor Print Impressions fmly Curtis 1000 | V |
| WL | WL Wright Line LLC | V |
| RECE01 | RECE01 Receiver General | V |
| DUVA02 | DUVA02 DUVALTEX (US), Inc | V |
| ROGA01 | ROGA01 Rogan Corp | V |
| ECHO01 | ECHO01 Echo Global Logistics, Inc | V |
| SCAN03 | SCAN03 ScanTexas | V |
| HISC01 | HISC01 Hisco, Inc. | V |

| | | |
|---|---|---|
| ALLI02 | ALLI02 Allied Precision Fabricating | V |
| ARCB01 | ARCB01 ArcBest | V |
| TCAC02 | TCAC02 Suddenlink | V |
| UNIV99 | UNIV99 Universal Equipment Trade, Inc | V |
| WFBM01 | WFBM01 WFBM Accounting | V |
| NEWB03 | NEWB03 New Benefits, Ltd | V |
| CISC01 | CISC01 Cisco WebEx LLC | V |
| KNIT01 | KNIT01 Matrex | V |
| | **total critical vendors** | |
| | | |
| NATI38 | NATI38 National Business Furniture, LLC | D |
| | **total dealers** | |

**total owed to all critical**
**Plus approxiamately owed for commissions earned by dealers and reps**
  **grand total**

| Currency | Closing balance |
|---|---:|
| USD | 3492.44 |
| USD | 248.50 |
| USD | 0.00 |
| USD | 340.00 |
| USD | 2130.00 |
| USD | 291.56 |
| USD | 2190.00 |
|  | **8692.50** |
| Currency | Closing balance |
|  | 0.00 |
| USD | 85350.92 |
| USD | 49526.74 |
| USD | 40879.21 |
| USD | 37296.98 |
| USD | 33065.93 |
| USD | 30454.89 |
| USD | 24334.23 |
| USD | 23092.47 |
| USD | 21344.20 |
| USD | 20199.05 |
| USD | 17040.81 |
| USD | 15840.90 |
| USD | 14044.04 |
| USD | 12320.16 |
| USD | 10542.92 |
| USD | 9866.12 |
| USD | 7859.86 |
| USD | 7700.00 |
| USD | 7273.00 |
| USD | 6743.20 |
| USD | 6485.00 |
| USD | 6210.45 |
| USD | 6001.30 |
| USD | 5065.50 |
| USD | 4453.90 |
| USD | 4378.89 |
| USD | 4041.85 |
| USD | 3989.84 |
| USD | 3466.00 |
| USD | 2909.32 |
| USD | 2902.02 |
| USD | 2838.00 |
| USD | 2626.55 |
| USD | 2537.16 |
| USD | 2459.70 |
| USD | 2173.40 |
| USD | 1900.00 |
| USD | 1869.00 |
| USD | 1600.00 |
| USD | 1514.25 |
| USD | 1268.50 |
| USD | 1169.30 |
| USD | 1093.58 |
| USD | 882.25 |

| | |
|---|---:|
| USD | 844.40 |
| USD | 837.00 |
| USD | 751.92 |
| USD | 711.54 |
| USD | 676.70 |
| USD | 590.25 |
| USD | 536.88 |
| USD | 534.50 |
| USD | 531.00 |
| USD | 516.16 |
| USD | 480.47 |
| USD | 467.60 |
| USD | 382.00 |
| USD | 378.88 |
| USD | 282.20 |
| USD | 275.00 |
| USD | 257.00 |
| USD | 256.87 |
| USD | 248.00 |
| USD | 242.00 |
| USD | 230.55 |
| USD | 227.10 |
| USD | 190.93 |
| USD | 155.25 |
| USD | 128.78 |
| USD | 123.63 |
| USD | 117.24 |
| USD | 111.32 |
| USD | 80.30 |
| USD | 77.60 |
| USD | 55.31 |
| USD | 55.00 |
| USD | 53.00 |
| USD | 32.00 |
| USD | 24.00 |
| USD | 20.50 |
| USD | 9.88 |
| USD | 8.18 |
| USD | 8.00 |
| USD | 7.00 |
| USD | 6.00 |
| USD | 6.00 |
| USD | 5.00 |
| USD | 5.00 |
| USD | 4.00 |
| USD | 4.00 |
| USD | 3.00 |
| USD | 3.00 |
| USD | 3.00 |
| USD | 3.00 |
| USD | 2.05 |
| USD | 2.00 |
| USD | 2.00 |
| USD | 2.00 |
| USD | 2.00 |

| | | |
|---|---:|---:|
| USD | 2.00 | |
| USD | 2.00 | |
| USD | 2.00 | |
| USD | 1.00 | |
| USD | 1.00 | |
| USD | 1.00 | |
| USD | 1.00 | |
| USD | 1.00 | |
| | **560190.38** | |
| USD | 14,291 C | |
| | **14,291 C** | |
| | **554592.12** | |
| | **129000.00** | |
| | **683592.12** | |