## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-60086 |
| NEUTRAL POSTURE, INC., | § | |
| | § | CHAPTER 11 PROCEEDING |
| Debtor | § | SUBCHAPTER V |

### NOTICE OF EMERGENCY FIRST DAY HEARINGS

PLEASE TAKE NOTICE that, as set forth in the motions described below emergency hearings on the following motions:

1. DEBTOR'S EMERGENCY MOTION FOR ORDER UNDER 11 U.S.C. §§ 105(a) AND 366 (I) PROHIBITING UTILITY COMPANIES FROM ALTERING OR DISCONTINUING SERVICE ON ACCOUNT OF PREPETITION INVOICES, (II) APPROVING DEPOSIT AS ADEQUATE ASSURANCE OF PAYMENT, (III) ESTABLISHING PROCEDURES FOR RESOLVING REQUESTS BY UTILITY COMPANIES FOR ADDITIONAL ASSURANCE OF PAYMENT, AND (IV) SCHEDULING A HEARING TO CONSIDER ADDITIONAL ADEQUATE ASSURANCE OF PAYMENT REQUESTS [Docket #2];

2. MOTION FOR ENTRY OF ORDER AUTHORIZING (A) MAINTENANCE OF CERTAIN BANK ACCOUNTS AND CONTINUED USE OF EXISTING BUSINESS FORMS AND CHECKS; (B) CONTINUED USE OF CASH MANAGEMENT SYSTEM; AND (C) WAIVING CERTAIN U.S. TRUSTEE REQUIREMENTS [Docket #3];

3. DEBTOR'S EMERGENCY MOTION TO ESTABLISH NOTICE PROCEDURES AND TO LIMIT NOTICE [Docket #4];

4. DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO MAINTAIN AND PERFORM ITS OBLIGATIONS TO EMPLOYEES IN ACCORDANCE WITH PRE-PETITION PRACTICES [Docket #5];

5. DEBTOR'S EMERGENCY MOTION FOR INTERIM AUTHORITY TO USE CASH COLLATERAL PURSUANT TO SECTION 363(C) [Docket #6]; and

6. DEBTOR'S EMERGENCY MOTION FOR AN ORDER (I) AUTHORIZING THE PAYMENT OF PRE-PETITION CLAIMS OF CRITICAL VENDORS; AND (II) ESTABLISHING A PROTOCOL FOR ADDING CRITICAL VENDORS [Docket #7]

have been scheduled for **November 3, 2021, at 10:30 a.m. (central time) in the Bankruptcy Courtroom 401, 1515 Rusk, Houston, TX 77002.  <u>IF YOU DESIRE COPIES OF THE UNDERLYING PLEADINGS, PLEASE CONTACT THE DEBTOR'S ATTORNEY IN WRITING TO REQUEST SUCH.</u>**

**It is anticipated that all persons will appear telephonically and also may appear via video at this hearing. Audio communication will be by use of the court's regular dial-in number. The dial-in number is +1 (832) 917-1510. you will be responsible for your own long-distance charges. you will be asked to key in the conference room number. Judge Lopez's Conference Room Number is 590153.**

**Parties may participate in electronic hearings by use of an internet connection. Video participation is available via GoToMeeting. To use GoToMeeting, the court recommends that you download the free GoToMeeting application prior to the hearing. If a browser connection is used, chrome is generally recommended. A mobile version of the application is also available. The meeting code is "judgelopez". You may also connect directly by clicking the link on Judge Lopez's home page on the Southern District Of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.**

No further notice of these emergency hearings shall be sent.

Respectfully submitted on November 1, 2021.

                    **HOWLEY LAW PLLC**

                    /s/ *Eric B. Terry*
                    Tom A. Howley, State Bar No. 24010115
                    Eric B. Terry, State Bar No. 00794729
                    **HOWLEY LAW PLLC**
                    Pennzoil Place – South Tower
                    711 Louisiana Street Suite 1850
                    Houston, Texas 77002
                    Phone: 713-333-9125
                    Email: tom@howley-law.com
                            eric@howley-law.com
                    **PROPOSED COUNSEL FOR THE DEBTOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served via the Court's ECF System and/or via U.S. First Class Mail, postage paid, on November 1, 2021, to the parties on the attached service list and to all parties that have requested ECF notifications in this matter. Additionally, counsel for secured creditors JP Morgan Chase Bank and T2W, LLC have been noticed via email.

                                                     */s/ Eric B. Terry*
                                                    Eric B. Terry