IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| IN RE: § | CASE NO.  21-60086 |
| NEUTRAL POSTURE, INC., § | |
| § | CHAPTER 11 PROCEEDING |
| Debtor § | SUBCHAPTER V |

**DEBTOR'S EXHIBIT AND WITNESS LIST FOR NOVEMBER 3, 2021**
<u>**FIRST DAY HEARINGS**</u>

| | |
|---|---|
| Bankruptcy Case No. 21-60086 | Debtor:  Neutral Posture, Inc. |
| **Witnesses**:<br>Ms. Rebecca Boenigk | |
| Any witness called or designated by any other party for these hearings | Judge:  Honorable Christopher M. Lopez |
| Any rebuttal or impeachment witnesses, as necessary | Courtroom Deputy – Kimberly Picota<br>Case Manager – Rosario Saldana |
| Any person present in the courtroom | Hearing Date: November 3, 2021 |
| | Hearing Time: 10:30 a.m. |
| | Attorney's Name & Contact:<br>Tom A. Howley and Eric B. Terry (attorneys for Debtor)<br>(713) 333-9125<br>tom@howley-law.com<br>eric@howley-law.com |

| | |
|---|---|
| **Debtor reserves the right to amend and supplement this list. Debtor requests the Court take judicial notice of all pleadings and documents filed in this case.** | Nature of Proceedings: Hearings on<br>1. Debtor's Emergency Motion for Order Under 11 U.S.C. §§ 105(A) and 366 (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment, (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment, and (IV) Scheduling a Hearing to Consider Additional Adequate Assurance of Payment Requests [Docket #2];<br>2. Motion for Entry of Order Authorizing (A) Maintenance of Certain Bank Accounts and Continued Use of Existing Business Forms and Checks; (B) Continued Use of Cash Management System; and (C) Waiving Certain U.S. Trustee Requirements [Docket #3];<br>3. Debtor's Emergency Motion to Establish Notice Procedures and to Limit Notice [Docket #4];<br>4. Debtor's Emergency Motion for Entry of an Order Authorizing the Debtor to Maintain and Perform its Obligations to Employees in Accordance with Pre-Petition Practices [Docket #5];<br>5. Debtor's Emergency Motion for Interim Authority to Use Cash Collateral Pursuant to Section 363(C) [Docket #6]; and<br>6. Debtor's Emergency Motion for an Order (I) Authorizing the Payment of Pre-Petition Claims of Critical Vendors; and (II) Establishing a Protocol for Adding Critical Vendors [Docket #7] |

| NO. | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| D-1 | Debtor's Emergency Motion for Order Under 11 U.S.C. §§ 105(A) and 366 (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment, (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment, and (IV) Scheduling a Hearing to | | | | | | |

| NO. | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| | Consider Additional Adequate Assurance of Payment Requests [Docket #2] | | | | | | |
| D-2 | Motion for Entry of Order Authorizing (A) Maintenance of Certain Bank Accounts and Continued Use of Existing Business Forms and Checks; (B) Continued Use of Cash Management System; and (C) Waiving Certain U.S. Trustee Requirements [Docket #3] | | | | | | |
| D-3 | Debtor's Emergency Motion to Establish Notice Procedures and to Limit Notice [Docket #4] | | | | | | |
| D-4 | Debtor's Emergency Motion for Entry of an Order Authorizing the Debtor to Maintain and Perform its Obligations to Employees in Accordance with Pre-Petition Practices [Docket #5] | | | | | | |
| D-5 | Debtor's Emergency Motion for Interim Authority to Use Cash Collateral Pursuant to Section 363(C) [Docket #6] | | | | | | |
| D-6 | Debtor's Emergency Motion for an Order (I) Authorizing the Payment of Pre-Petition Claims of Critical Vendors; and (II) Establishing a Protocol for Adding Critical Vendors [Docket #7] | | | | | | |
| D-7 | Declaration of Rebecca Boenigk in Support of Chapter 11 Petition and First Day Motions [Docket #10] | | | | | | |
| | Any exhibits designated by any other parties in interest | | | | | | |
| | Any pleadings, reports, exhibits, transcripts, Court orders, or other documents filed in the Debtor's bankruptcy case | | | | | | |
| | Any impeachment or rebuttal exhibits | | | | | | |

Respectfully submitted this 2nd day of November 2021.

          **HOWLEY LAW PLLC**

          /s/ *Eric B. Terry*
          Tom A. Howley, State Bar No. 24010115
          Eric B. Terry, State Bar No. 00794729
          **HOWLEY LAW PLLC**
          Pennzoil Place – South Tower
          711 Louisiana Street Suite 1850
          Houston, Texas 77002
          Phone: 713-333-9125
          Email: tom@howley-law.com
                  eric@howley-law.com
          **PROPOSED COUNSEL FOR THE DEBTOR**

## CERTIFICATE OF SERVICE

    The undersigned certifies that a true and correct copy of the foregoing was served on November 2, 2021 upon all parties requesting notice via Court's ECF System.

          /s/ *Eric B. Terry*
          Eric B. Terry